E-FILED
Thursday, 16 March, 2006  09:00:00 AM
Clerk, U.S. District Court, ILCD

FILED

MAR 1 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 240  (Rev. 10/03)

## UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

**Jason Edward Cohee**
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

**State of Illinois**
Defendant

CASE NUMBER: **06-1073**

I, **Jason Edward Cohee** _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?          ☐ Yes          ☒ No          (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    approx. Sept. 8, 2005  $362.00  self-employed Carpenter who is attempting to find gainful employment, physical issues

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☒ Yes          ☐ No
    b.  Rent payments, interest or dividends          ☐ Yes          ☒ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
    d.  Disability or workers compensation payments          ☐ Yes          ☒ No
    e.  Gifts or inheritances          ☒ Yes          ☐ No
    f.  Any other sources          ☐ Yes          ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

My parents support me due to a serious vehicle accident. The amount varies according to living expenses. Basically the absolute bare essentials.

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

   If "Yes," describe the property and state its value.

   1995 4wd Chevrolet C/K at approx. $4100.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Mentioned in response to No. 3. I do have a duty of child support I am unable to maintain for one child.

I declare under penalty of perjury that the above information is true and correct.

Also attached!
A recently approved Forma Pauperous as a circuit court action. According to Rule, the issues I come fore with.

March 15th, 2006 _____ _Jason Cohee_
Date                          Signature of Applicant

In God I Trust this Petition for Review is granted as a prayer of relief from 3rd District Appelate Court in Ottawa

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Respectfully submitted,
Jason Cohee
JASON E. Cohee

COURT OF ILLINOIS
TENTH JUDICIAL CIRCUIT
PEORIA COUNTY

Jason Cohee
_____
Plaintiff(s),

vs.                                    Case No. 04-D-499

Brenda Cohee
_____
Defendant(s).

### APPLICATION TO SUE OR DEFEND AS AN INDIGENT PERSON

Applicant, Jason Cohee _____, respectfully requests the court to grant him/her leave to
( ) sue (X) defend as a poor person and in support thereof states, under oath, the following facts are true:

I am the (X) plaintiff ( ) defendant in the above captioned legal proceedings.
I believe, in good faith, I have a meritorious claim/defense.
I am a poor person as defined by 735 ILCS 5/5-105 and unable to ( ) prosecute (X) defend this action and am
unable to pay the costs, fees and charges herein because:

1. (X) I am receiving assistance under one or more of the following public benefits programs:
( ) Supplemental Security Income (SSI), ( ) Aid to the Aged, Blind and Disabled (AABD), ( ) Temporary
Assistance for Needy Families (TANF), (X) Food Stamps, (.) General Assistance, ( ) State Transitional
Assistance, or ( ) State Children and Family Assistance, or

2. (X) My family unit contains _1_ people (including myself) and the total available income of the family is 125% or less of the
current poverty level as established by the United States Department of Health and Human Services, or

3. ( ) I am being represented by legal aid or other civil legal services provider as defined in 735 ILCS 5/5-105.5, or

4. (X) I am unable to proceed in this action without waiver of fees, costs and charges, or
(X) Payment of court fees, costs, and charges would result in substantial hardship to me and/or my family.

#### EMPLOYMENT
5. (X) I am not employed. ( ) I expect to be employed by _____ (date). My income will be _____
( ) I am employed by _____ and my take-home pay is _____ ( ) weekly
( ) biweekly ( ) monthly. Annual take-home pay last year was _____.
( ) My spouse is living with me and is not employed.
( ) My spouse is living with me, is employed by _____ and has take-home pay of
_____ ( ) weekly ( ) bi-weekly ( ) monthly (including all wages, tips, and overtime).

#### CHILD SUPPORT
6. I am ( ) receiving ( ) paying child support in the sum of _____ ( ) weekly ( ) bi-weekly ( ) monthly. Child
support ( ) is not in arrears (X) is in arrears in the sum of $3,000.00 _____.

#### DEBTS
7. (X) I owe the following debts:

| To: | | Monthly Payment |
|---|---|---|
| St. Francis OSF, Medical Center in the sum of $132,000.00 | | -0- |
| Associated Surgical Group in the sum of 39 $329.00 | | -0- |
| Asso Anesthesiologists, SC in the sum of $1,314.00 | | -0- |
| TOTAL $136,605.00 | | -0- |

#### LIVING EXPENSES
8. My MONTHLY living expenses (excluding payment of debts and child support) for me and my family are _____

*I am financially supported by my parents.*

ASSETS

9. I own the following:

( ) House _____ (Address) _____ (Value)
(X) Car/Truck _Chevy 1995 4/wd C/L 1500_ (Year/type) _1995 $4,500.00_ (Value)
( ) Motorcycle _____ (Year/type) _____ (Value)
( ) Recreational Vehicle _____ (Year/type) _____ (Value)
( ) I have _____ in a savings account. ( ) I have _____ in a checking account.
( ) I have other income in the sum of _____ from _____
                                                              (source of income)

(X) The following things affect my ability to pay costs (disabilities, health problems, etc.): _IN serious vehicle accident on April of 2004 and still suffering the effects, arm, back, Head trauma, stomach ailments_

### AFFIDAVIT

Applicant, after being duly sworn and upon penalty of perjury, hereby certifies that the statements set forth in this application are true and correct.

_____
                              Applicant

SUBSCRIBED AND SWORN TO before me this ___18th___ day of _January_, 2006.

_Robert M. Spears / Donna Gierson_
                              Circuit Clerk/Notary

Applicant's Name: _Jason Cohee_
Address: _9805 Trivoli Rd_
_Glasford, IL 61533_
Phone: _309-4511_

_Jason Cohee 3/3/06_

OFFICIAL SEAL
CORLYN L. GAVIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-24-2007

_Corlyn L. Gavin_

### APPLICATION APPROVED

(X) Application approved on _1/18/06_ (date). Clerk to give notice to Applicant.
( ) Applicant to pay fees, costs and charges out of any judgment or settlement received.

_____          _1/18/06_
                              Judge                         Date entered

### APPLICATION DENIED

( ) Application denied on _____ (date). Clerk to give notice to Applicant.
Specific reason _____
( ) Payment of costs, fees and charges in the sum of _____ deferred until _____ (date).
If not paid by said date, cause dismissed.
( ) For good cause shown, Applicant to make installment payments on said costs in the sum of _____ ( ) weekly
( ) bi-weekly ( ) monthly commencing on _____ and a like amount each ( ) week
( ) two weeks ( ) month until total costs, fees and charges in the sum of _____ are paid in full.

_____          _____
                    Judge                              Date entered

Page 2 of 2

Re: Cohee

General no. 3-06-0048

Trial Court No. ...

**E-FILED**
Thursday, 16 March, 2006 08:30:33 AM
Clerk, U.S. District Court, ILCD

06-107  3  FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2006 MAR 15 P 12: 41
ROBERT M SPEARS

Dear Mr. States Attorney,

RECEIVED
MAR 15 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

I am really concerned about not having assistance of council. Even in Appellate Court in Ottawa I am being denied. How can I stay out of jail?

I, Jason Edward Cohee, do not have a job due to a serious vehicle accident and the Mr. Judge will not allow me help. Can you help me Mr. Lyons? Please.

I have affixed the 3rd District Appellate Court's response to my request without much explanation.

Jason Cohee

Jason Cohee

9805 Trivoli Road
Glasford, IL 61533

ph No. (309)
389-4511

**SCANNED**

DATE: 3/15/06 BY: SM

Given here this day at States Attorney's office in Peoria County Court House on March 15th, 2006

# STATE OF ILLINOIS

## THIRD DISTRICT APPELLATE COURT

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2006 MAR 15  P 12: 42

ROBERT M SPEARS



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

03/10/06

Mr. Jason Cohee
9805 S. Trivoli Road
Glasford, IL  61533

> RE:  General No.  3-06-0048
>      Circuit Court No.  04D499
>      County of  Peoria
>      Marriage of Cohee, Jason and Brenda

The Court has this day entered in the above entitled cause the

following order:

> Motion of Appellant to proceed in forma pauperis,
> for appointment of counsel and for a free record
> is DENIED.

Gist F Fleshman

GIST FLESHMAN, Clerk
Appellate Court
Third District

cc: Mr. Kim L. Kelley



FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2006 MAR 14  A 9:07

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## PEORIA COUNTY     ROBERT M SPEARS

Cohee
                    }
        Plaintiff    }
                    }
                    }
Vs.                 }
                    }      Case No. 04-D-499
Cohee               }
                    }
        Defendant    }
                    }

## NOTICE OF HEARING

TO: State's Attorney

KINDLY TAKE NOTICE that we will appear before the presiding Judge of said Court at the Peoria County Courthouse on the 21 day of March 2006 at the hour 9:30 am a.m./p.m. and will thereupon call up a hearing for hearing  Unknown t in Courtroom 201  at which time and place you may appear, if you see fit.

BY:

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of record for all parties to the above captioned matter by enclosing a copy in a sealed envelope, addressed to them at their address as revealed by the \ pleadings with postage fully prepaid depositing it in a United States Postal Service depositing in Peoria, Illinois this 21 day of March, 2006

Hand Delivered to Baliff

*In The Circuit Court of the Tenth Judicial Circuit of Illinois Peoria County*

Cohee

V.

Cohee

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2006 MAR 14 A 9: 07

ROBERT M SPEARS

Case no. 04-D-499

General no. 3-06-0048
3rd. District Ottawa
Appellate Court
Sate of Illinois

## MOTION To DISQUALIFY JUDGE ;;

Jason Edward Cohee, pro se litigant, files this affidavit, as Argersinger V. Hamlin, 407 U.S. 25, 92 U.S. Ct. 2006, (32 L. Ed. 2d 530),

"Under the rule we announce today, every judge will know when the trial of a misdemeanor starts that no imprisonment may be imposed, even though local law permits it, unless the accused is represented by counsel. He will have a measure of the seriousness and gravity of the offense and therefore know when to name a lawyer to represent the accused before the trial starts." *(IBID) at 40 (41)* to show the Honorable, Stephen A Kouri, has a personal bias or prejudice against Mr. Cohee in favor of the Court.

Based on this affidavit Jason Edward Cohee respectfully moves that the Honorable, Judge Stephen A Kouri who sits in Courtroom 201 of Peoria County Court House in state of Illinois, proceed no further and that another judge be assigned to hear this proceeding. *"Involuntary servitude or Peonage ?"*

Date 3/21/ 2006

Respectfully Submitted,

*Jason E. Cohee*
*9805 Trivoli Rd*
*Glasford, IL 61533*
*(309) 382-4611*

SS.card #_____ 0212
Independent
Counsel