E-FILED
Monday, 20 March, 2000 03:14:30 PM
Clerk, U.S. District Court, ILCD

Page 1

RECEIVED
MAR 20 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL
MAR 20 P 1: 04

ROBERT M SPEARS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Jason Edward Cohee )
**Plaintiff** )
)
vs. ) Case No. _1:06-CV-1073_
)
State of Illinois )
_____ )
_____ )
_____ )
**Defendant(s)** )

## COMPLAINT

~~42 U.S.C. § 1983 (suit against state officials for constitutional violations)~~

~~28 U.S.C. § 1331 (suit against federal officials for constitutional violations)~~

⊠ Other _The 28 U.S.C § 1338 (a)(1)(2)(3)(4)_

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, _Jason Edward Cohee_, and states as follows:

My current address is:
_Glasford, IL 61533_

The defendant _State of Illinois_ is employed as _____ at _____

The defendant _Stephan A. Kouri_ is employed as _Judge at Peoria County Courthouse in room 20J_

The defendant *Gist Flesman* is employed as *Clerk of the Court*
*State of Illinois,* at *Third District Appellate Court*

The defendant *Court*, is employed as *3rd District*
*Appellate Court, Ottowa, State of Illinois*

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?    (Yes)    ☐    No ☑

If yes, please describe

*Case No. 06-1056, March 3 2006*

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes    ☑    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

   1. Parties to previous lawsuit:

     Plaintiff(s) _____

     Defendant(s) _____

     _____

   2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

_____

6. Approximate date of filing of lawsuit _____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes  ☐   No  ☒

B. Have you filed a grievance concerning the facts relating to this complaint? (Yes  ☐)

No  ☒  If your answer is no, explain why not

I have taken matter to State's Attorney, Kevin Lyons

at Peoria County Courthouse _____

_____

C. Is the grievance process completed?    Yes  ☐    No  ☒

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS*

*OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE*

*ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS*

*RELATING TO YOUR GRIEVANCE.*

### STATEMENT OF CLAIM   State of Illinois's 3rd District Appellate Court

Place of the occurrence _Peoria County Court house , and 100t Columbus Street_ _Ottawa Illinois 61350_

Date of the occurrence _Several different dates involved involving 04-D-499_

Witnesses to the occurrence _Public_

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

May I Please have Some Relief from these said two Court houses.

Please, God will you help the's Court find the wisdom to bring this matter before It. A Prayer for relief in so much as that I bring this as a Petition for Leave for to from Said State of Illinois Courts is granted.

Dated 20th of March in 2006

Jason Edward Cohee

Pro se Litigant

Glasford, IL 61533

as independent Counsel

## Utility Events

<u>1:06-cv-01073-MMM-JAG Cohee v. State of Illinois</u>



**U.S. District Court**

**Central District of Illinois**

Notice of Electronic Filing

The following transaction was received from TK, ilcd entered on 3/17/2006 at 12:27 PM CST and filed on 3/17/2006

**Case Name:**       Cohee v. State of Illinois
**Case Number:**   <u>1:06-cv-1073</u>
**Filer:**
**Document Number:**

**Docket Text:**
Set Deadlines: Pursuant to Text Order of 3/16/06, Miscellaneous Deadline of 3/30/2006 set for plaintiff Cohee to submit complaint. (TK, ilcd)

The following document(s) are associated with this transaction:


**1:06-cv-1073 Notice will be electronically mailed to:**


**1:06-cv-1073 Notice will be delivered by other means to:**

Jason E Cohee

Glasford, IL 61533

```
MIME-Version:1.0
From:ECF_Returns
To:ECF_Notices
Bcc:Chambers.Gorman@ilcd.uscourts.gov,Chambers.Mihm@ilcd.uscourts.gov
Message-Id:<296829>
Subject:Activity in Case 1:06-cv-01073-MMM-JAG Cohee v. State of Illinois "Order"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from SPH, ilcd entered on 3/16/2006 at 9:22 AM CST and filed on 3/16/2006

| | |
|---|---|
| **Case Name:** | Cohee v. State of Illinois |
| **Case Number:** | 1:06-cv-1073 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
TEXT ONLY ORDER The Court has conducted a preliminary review of Plaintiff's Motion for Leave to Proceed In Forma Pauperis and notes that Plaintiff has not submitted a proper Complaint with his Petition. While the court can authorize the commencement of a suit or other action without prepayment of fees and costs upon receipt of an appropriate application pursuant to 28 U.S.C. Sec. 1915(a), Cohee does not currently have a suit pending before the Court. Accordingly, the Court is unable to grant the relief requested. The Court grants Plaintiff fourteen days from the date of this Order to supplement his Petition with an actual Complaint. Failure to do so will result in Plaintiff's Petition being denied. Entered by Judge Michael M. Mihm on 3/16/06. (SPH, ilcd)

The following document(s) are associated with this transaction:

**1:06-cv-1073 Notice will be electronically mailed to:**

**1:06-cv-1073 Notice will be delivered by other means to:**

Jason E Cohee

Glasford, IL 61533

# STATE OF ILLINOIS
## THIRD DISTRICT APPELLATE COURT



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

03/17/06

Mr. Jason Cohee

Glasford, IL  61533

RE:  General No.  3-06-0048
Circuit Court No.  04D499
County of  Peoria
Marriage of Cohee, Jason and Brenda

The Court has this day entered in the above entitled cause the

following order:

> This Court finds that the appellant has failed to
> pay the filing fee of $25.00, as required by the
> Supreme Court Rules.  Accordingly, on the court's
> own motion, the appellant is ordered to either pay
> the filing fee of $25.00 on or before March 24,
> 2006, file a motion to dismiss, or show cause why
> the appeal should not be dismissed.  Failure to
> respond to this order by the date indicated above
> will result in the dismissal of the appeal.

s/Clerk

GIST FLESHMAN, Clerk
Appellate Court
Third District

cc: Mr. Kim L. Kelley

# STATE OF ILLINOIS

## THIRD DISTRICT APPELLATE COURT



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

03/17/06

Mr. Jason Cohee

Glasford, IL  61533

RE:  General No.  3-06-0048
     Circuit Court No.  04D499
     County of  Peoria
     Marriage of Cohee, Jason and Brenda

The Court has this day entered in the above entitled cause the

following order:

> This Court finds that the appellant has failed to
> pay the filing fee of $25.00, as required by the
> Supreme Court Rules.  Accordingly, on the court's
> own motion, the appellant is ordered to either pay
> the filing fee of $25.00 on or before March 24,
> 2006, file a motion to dismiss, or show cause why
> the appeal should not be dismissed.  Failure to
> respond to this order by the date indicated above
> will result in the dismissal of the appeal.

s/Clerk

GIST FLESHMAN, Clerk
Appellate Court
Third District

cc: Mr. Kim L. Kelley

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

**APPEALS FROM CIRCUIT COURT**        R. 312

2006 MAR 20  P 1: 05

ROBERT M. SPEARS Complete)

The form and contents of the docketing statement shall be as follows:

Docket Number in the Reviewing Court

)  Appeal from _Peoria_ County
)  Circuit Number _10th Judicial_
)  Trial Judge _Stephan G. Kouri_
)  Date of Notice of Appeal _Feb. 21, 2006_
)  Date of Judgment _Feb. 8, 2006_
)  Date of Post-Judgment Motion Order

---

## DOCKETING STATEMENT

### (Civil)

1. Is this a cross-appeal, separate appeal, joining in a prior appeal, or related to another appeal which is currently pending or which has been disposed of by this court? ___ _Yes_ ___ If so, state the docket number(s) of the other appeal(s): ___ _general # 3-06-0048_

_Case 1:06-cv-01073-MMM-JAG-Cohee v. State of Illinois_

2. If any party is a corporation or association, identify any affiliate, subsidiary, or parent group: _Post Possibly State_
_State Bar Association_

3. Full name of appellant(s) filing this statement:
_Jason Edward Cohee_

---

Counsel on Appeal
For appellant(s) filing this statement
    Name: _Jason Cohee (only option presently)_
    Address: _____ _Rd, GlosBird, IL 61533_
    Telephone: _____
    Fax: _____

Trial counsel, if different
    Name: _NONE_
    Address: _____
    Telephone: _____

4. Counsel on Appeal
For appellee(s) (if there are multiple appellees represented by different counsel, identify separately)

I. Supreme Ct. Rules             199             (2/1/94)

R. 312          SUPREME COURT RULES

Name: *Kim L. Kelley, ~~Ht~~ Attorney at Law*
Address: *411 Hamilton Blvd, Ste. 1800, Peoria, IL 61602*
Telephone: *(309) 673-8204*
Fax: *(309) 673-5350*

Trial counsel, if different

Name: _____
Address: _____
Telephone: _____

5. Court reporter(s) (if more space is needed, use other side)

Name: _____
Address: _____
Telephone: _____

Approximate Duration of          Can this appeal
trial court proceedings          be accelerated?  *sure*
to be transcribed  ~~to~~ *9 months*

6. Briefly state the supreme court rule, or other law, which confers jurisdiction upon the reviewing court; the facts of the case which bring it within this rule or other law; and the date that the order being appealed was entered and any other facts which are necessary to demonstrate that the appeal is timely:

7. Nature of case:

| | | |
|---|---|---|
| Administrative Review | _____ | (Domestic Relations)  X |
| Contract | _____ | Child Custody or |
| Estates | _____ | Support  _____ |
| Personal Injury | _____ | Product Liability |
| Tort | _____ | Forcible Detainer  _____ |
| Juvenile | _____ | Other _____ |

8. Briefly describe the nature of the case and the result in the trial court, and set forth any reasons for an expedited schedule: *Divorce, Domestic Relations*
*I am ~~under~~ the Gun. RPC 1.5 (d)(a)(i), RPC Rule 1.16(d)*
*750 ILCS 5/501(c-1)(3), 750 ILCS 5/508(c)(2)(ii), 750 ILCS 5/508(f)*
*RPC Rule 8.4(a)(g)(A)(3)*

9. State the general issues proposed to be raised (failure to include an   *Please attached*
issue in this statement will not result in the waiver of the issue on appeal): *Motion to compel*

I. Supreme Ct. Rules  *Attached Motion*  200   (2/1/94)

**APPEALS FROM CIRCUIT COURT**     **R. 313**

I, as attorney for the appellant, hereby certify that on _____
(Date)

I (asked/made a written request to) the clerk of the circuit court to
(Indicate which)

prepare the record, and on _____ I made a written request to
(Date)

the court reporter(s) to prepare the transcript(s).

Date _____     _____
Appellant's Attorney


In lieu of a reporter's signature I have attached the written request to
the court reporter(s) to prepare the transcript(s).

Date _____     _____
Appellant's Attorney


I hereby acknowledge receipt of an order for the preparation of a report
of proceedings.

Date _____     _____
Court Reporter or Supervisor

Adopted December 17, 1993, effective February 1, 1994.

Commentary
(December 17, 1993)

Docketing statements are accorded a separate rule because they now apply to
every type of appeal and to every party who files a notice of appeal or petitions
for interlocutory review. Separate deadlines for filing the docketing statement,
depending upon the type of appeal, are provided in paragraph (a).

In addition to the information sought under current practice, the appellant fil-
ing the docketing statement must be specifically identified under Items 1 and 3
and must demonstrate appellate jurisdiction under Item 6.

An alternative to securing the actual signature of a court reporter is provided
by permitting the attorney or party to attach the written request to the court
reporter for preparation of transcripts to the docketing statement.


## Rule 313. Fees in the Reviewing Court

Unless excused by law, in all cases docketed in the reviewing court all
appellants or petitioners shall pay a filing fee of $25.00, and all other par-
ties upon entry of appearance or filing any paper shall pay a $15.00 fee.

Adopted December 17, 1993, effective February 1, 1994.

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY, IL

2006 MAR 20 P 1: 05

ROBERT M SPEARS

Brenda S. Cohee
Plantiff
          V.
Jason Cohee
Defendant                              Case #04-D-499

## Motion to Compel

Jason Cohee, Pro Se Defendant, in the above captioned case moves the Court, pursuant to S. Ct. Rule 13(2), for an order compellingPlantiff's counsel, Kim L. Kelley, to Show Cause of withdrawl.

Grounds for this Motion are as follows:

1)  RPC Rule 1.5(d)(9)(1)states, "A lawyer shall not enter into an arrangement for, charge or collect: any fee in a domestic relations matter the payment or amount of which is contigent upon the securing of a dissolution of marriage or upon the amount of maintence or support,...."

2)  RPC Rule 1.16(d) requests aforementioned attorney's action, "In any ev ent, a lawyer shall not withdrawl from employment until the lawyer has taken reasonable steps to avoid foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, delivering to the client all papers and property to which the client is entitled, and complying with applicable laws and rules".

3)  The handicap of court's granted permission of counsel's Motion To Withdraw would leave said Litigants without a professional's signature.
     Unless pursuant 750 ILCS 5/501(c-1)(3) ".... the court finds that both parties lack financial ability or access to assets or income for reasonable attorney's fees and costs the court (or hearing officer) shall enter an order that allocates available funds for each party's counsel, including retainers or interim payments or both, previously paid, in a manner that achieves substantial parity between the parties."

As said Pro Se Defendant, we pray that this Honorable Court grant us as Public Aid Recipients, counsel. Aforementioned Statute Standing!

4) As Plantiff's, Brenda S. Cohee, sworn testimony stated,  'I did not receive any formal agreement as to responsabilities to counsel.'
     Pursuant 750 ILCS 5/508(c)(2)(ii) "the written engagement agreement is attached to an affidavit of counsel that is Filed with the petition or with the counsel's resonse to a client's petition,".

     With statement made by Plantiff, upon examination as to this cause, reason would disallow any Knowledge of Client's proper action to facilitate communication.  Reference to "Statement

Of Clients Rights and Responsibilities" was made in questioning. Clause of motion is 750 ILCS 5/508 (f).

50  If by court's discretion to allow Mr. Kelly, attorney at law, to withdraw under circumstances. This qestion may arise pursuant RPC Rule 8.4 (a)(9)(A)(3) "whether it was part of a pattern of prohibitted conduct...."

Defendant has already stood before the court in case numbered 04-D-499 in regards of counsel's motion to withdraw.  Even Pro Se is aware of appropriate procedure.

Wherefore, Pro Se Defendant, respectfully moves the court, by statute, for court appointed counsel.  Common Law not withstanding, "Laymen are excluded from law practice, whatever law practice may be, solely to protect the public" Oregon State Bar v. Security Escrows, Inc., 233 Or. 80,87, 377 P.2d  334,338(1962).  Aforementioned rule determined  "It is this purpose of the public protection which must dictate the construction we put on the term  "unauthorized practice of Law".  State Bar v. Cramer 249 N.W. 2d 1 !!

Dated:2/8/06

Respectfully Submitted,

Jason F. Cohee

Glasford, IL 61533

D.Lic.No.          0176

APPEAL TO THE APPELLATE COURT OF ILLINOIS
THIRD DISTRICT
FROM THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

COHEE, BRENDA                    APPELLEE
                          VS
COHEE, JASON                     APPELLANT

                              CIRCUIT COURT NO. 04 D  00499
                              TRIAL JUDGE KOURI
                              REVIEWING COURT NO.

                    CERTIFICATION OF RECORD

THE RECORD HAS BEEN PREPARED AND CERTIFIED IN THE FORM REQUIRED FOR
TRANSMISSION TO THE REVIEWING COURT.  IT CONSISTS OF:

                    VOLUME/S OF REPORT OF PROCEEDINGS
                  ⟋ VOLUME/S OF COMMON LAW RECORD
                    VOLUME/S OR DESCRIPTION OF EXHIBITS

NOTICE OF APPEAL HERTOFORE FILED IN MY OFFICE.

     KINDLY ACKNOWLEDGE RECEIPT OF THIS RECORD ON THE ATTACHED COPY OF THIS
LETTER.  I DO FURTHER CERTIFY THAT THIS CERTIFICATION OF THE RECORD PURSUANT
TO SUPREME COURT RULE 325; ISSUED OUT OF MY OFFICE THIS _20th_ DAY OF
_March_____, 2006.

                              s/ Clerk
                              CLERK OF THE CIRCUIT COURT

CC:  PRO SE
     APPELLANT'S ATTORNEY

                         0

                    RECEIVED THIS ABOVE RECORD THIS

                    _____ DAY OF _____, ____.

                    CLERK OF THE REVIEWING COURT

Date 3/20/06
x _____ Rec'd

APPEAL TO THE APPELLATE COURT OF ILLINOIS
THIRD DISTRICT
FROM THE CIRCUIT COURT OF THE 10TH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

COHEE, BRENDA                    APPELLEE
COHEE, JASON                     APPELLANT

                                 CIRCUIT COURT NO. 04 D  00499
                                 TRIAL JUDGE KOURI
                                 REVIEWING COURT NO.

### CERTIFICATE         OF RECORD

I, ROBERT M. SPEARS, CLERK OF THE CIRCUIT COURT IN SAID COUNTY AND STATE AND KEEPER OF THE RECORDS, FILES, AND SEAL OF THE COURT, DO HEREBY CERTIFY THAT THE RECORD ON APPEAL IN THE ABOVE-CAPTIONED MATTER HAS BEEN PREPARED AND CERTIFIED IN THE FORM REQUIRED FOR TRANSMISSION TO THE REVIEWING COURT.

I FURTHER CERTIFY THAT THE RECORD ON APPEAL HAS THIS DATE BEEN DELIVERED TO     JAson Cohee.

I DO FURTHER CERTIFY THAT THIS CERTIFICATE IN LIEU OF RECORD PURSUANT TO SUPREME COURT RULE 325 ISSUED OUT OF MY OFFICE THIS _20th_ DAY OF _March_, 2006.

                              s/ Clerk
                         CLERK OF THE CIRCUIT COURT

Note 3/20/06
Jason Cohee Rec'd

## CERTIFICATION

I, the undersigned, certify under penalty of perjury as provided by law pursuant to Section 1–109 of the Code of Civil Procedure, that I have read the foregoing Financial Affidavit, that I know the contents thereof, and that the statements contained therein are true to the best of my knowledge, information and belief.

Dated this 20th day of *March*, 20 06

_____
Plaintiff/Defendant

Name of ~~Attorney~~ *Litigant*  Jason Edward Cohee
Name of Law Firm  Please
Address  _____
  Glasford, IL 61533
Telephone: _____
Facsimile: _____
E-mail: _____

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the attorneys of record and other parties of interest at their addresses as disclosed on the pleadings by hand delivery or U.S. mail, first class postage prepaid, in Peoria, Illinois, before 5:00 p.m., on the 20 day of *march*, 20 06

Signature: _____

*Hand delivered to Peoria County Court House Clerk's desk and filed also will be taken trust-fully today to Ottawa 3rd District Appellate Court*

[Adopted March 17, 2003.]