**E-FILED**
Friday, 24 March, 2006  10:16:05 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON E. COHEE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-1073 |
| | ) | |
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

This matter is before the Court on a Motion to Proceed In Forma Pauperis filed by Plaintiff, Jason E. Cohee ("Cohee").  For the following reasons, the Motion [#1] is DENIED and the case is DISMISSED.

After conducting a preliminary review of Cohee's motion, the Court found that Cohee did not submit a proper complaint with his motion to proceed in forma pauperis. Accordingly, the Court granted Cohee fourteen days to supplement his motion with a proper complaint.  Cohee filed a proposed complaint on March 20, 2006 and this Order follows.

In the instant case, Cohee's Complaint fails to state a claim upon which relief can be granted.   Title 28 Section 1915(e) provides:

> Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous or . . . fails to state a claim on which relief can be granted.

28 U.S.C. § 1915(e)(2)(B).  Cohee's Complaint indicates that the jurisdictional basis for his claim is 28 U.S.C. § 1338; however, nowhere in the Complaint does Cohee make any mention of any form of intellectual property.  Moreover, Cohee's Complaint does not include *any* facts which would put the Defendant on notice as the basis for Cohee's allegations.

Although the federal rules only require Cohee to present a "short and plain statement of the claim showing that the pleader is entitled to relief", *see* Fed. R. Civ. P. 8(a), Cohee has not even attempted to do that.  Cohee's only attempt to state his claim is as follows:

> May I please have some relief from these said two court houses [sic]. Please, God will you help this Court find the wisdom to bring this matter before it.  A prayer for relief in so much that I bring this as a petition for leave from said State of Illinois Courts is granted.

(Cohee's Proposed Cmpt, Mar. 20, 2006, at 5.)  Additionally, while the Complaint is substantially incoherent, it appears that, factually speaking, the case arises out of some sort of divorce or domestic relations litigation in state court.  Maybe not.  However, because Cohee's Complaint here in federal court clearly fails to state a basis of federal jurisdiction, his Motion for Leave to Proceed In Forma Pauperis [#1] is DENIED and his case is DISMISSED.

ENTERED this 22nd day of March, 2006.


                              s/Michael M. Mihm
                              Michael M. Mihm
                              United States District Judge

- 2 -