# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
MAR 24 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jason E. Cohee

vs.

State of Illinois

Case Number: 06-1073

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that case is dismissed for failure to state a basis of federal jurisdiction.

ENTER this 24th day of March, 2006.

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK