additional pleading do to circumstances as a

# PETITION for REVIEW

FILED  E-FILED
Monday, 24 April, 2006 03:56:26 PM
Clerk, APR 2 4 2006 Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jason Edward Cohee
    petitioner
   v.
          Case No. 06-CV-1073
State of Illinois    case no. of origin
    defendant   Marriage of Cohee
et alli        Peoria County
   respondents    #04-D-499

a) This is an additional pleading for a writ of Habeaus Corpus from Peoria County Jail. Unsure as to the orders written on the 4th of April when incarcerated for indirect civil contempt. The orders where never presented to me, only a mention of $1000.00 bond with 10% rule removed and a court date of 20th of April at I believe 9:00 AM at room 201 Peoria County Courthouse. Why does the court consider me a flight risk, as to remove 10% to get out? I was arrested as an indigent litigant with no professional counsel present. The arresting court gave me no inclination as to being arrested on that date. I was not under any instruction, such as to Show Cause, other than to appear for failure would be writ of body attachm.

b) As I write this from my jail cell, this is to my best ability. In this pleading I do not have the appropriate references as to rules, sections, statutes, and Supreme Court Case decision numbers. I will try to describe my medical history. The records

over →

to validate the claims are available. I have said reports at residence from the medical profession.

The Peoria County, State Judge Stephan A. Kouri, fails to acknowledge these injuries as to my inability to work at the present time.

These injuries are the result of a serious one vehicle accident on 12th of April 2004. I was the driver and was alone. I went off the road, rolled the truck and was ejected at a rate of speed apprx. 50mph.

1) Life Flight attendents recorded my condition as a nine on the Glasgow Coma Scale. American Jurisprudence lists 8 as serious brain trauma and a 9 as moderate.

2) Fractured three vertebrea in spine. Mid to lower back region. Through my reading, I recall workman's compensation gives three years for a broken back. I am fairly sure it was noted in a USCA note, as to that claim.

3) Fractured arm directly below shoulder. The break was mended by the installation of approx. a 4 x ½ inch plate and ten screws. Still to this day causes great pain and discomfort. It needs to be removed as far as the plate is concerned.

4) The impact point upon landing after ejectment is located on my lower back. That site is still swollen and is numb. To much excertion increases the swelling and discomfort.

5) Ruptured my spleen and it was removed. As a result certain shots are needed for immunity reasons.

6) Also, a psychyistrist diagnosed me with Post traumatic Stress Disorder as a result of the wreck. Put this condition together with past mental history and brain trauma today's situation is extremely difficult. With the headaches I have, the noise in jail is unbearable. The constant chaos is an also added burden. I question my emotional stability due to incarceration, I have been strong enough to recover in the past, yet to wonder what my limits are as to mental stamina.

C) I I believe the "Gertz v Topeka" Rule allows compensation for the durress. Argersinger v. Hamlin, Sup. Ct Rule at 40,41, absolutley allows me to be heard.

1) On the 4th of April in Court Room 201, Mr. Kelley, Brenda Cohee's former attorney, had a date set for recoupment of funds for employment. I opposed Mr. Kelly to protect my intrests along with Ms. Cohee's because of his allowed withdrawl. over →

By opposing Mr. Kelley it allowed him to bring up certain questions as to my Appelate process in Ottowa.

He showed the Judge the letter from the 3rd District in Ottowa stating the denial of Counsel, court records, and ability to proceed with fees waived.

With the statements I made by pleading my case, Mr. Kelley decided to check with the Ottawa Court as to how he should procede. The Court did not make any decision on Mr. Kelly's motion, and he leaves room.

2) The Judge calls Ms. Cohee (Smith) forward as a Pro Se Litigant. With two unrepresented parties the Court conducts business.

Under sanctions as an unemployed person who owes court ordered child support I am found in 'Civil contempt' and imprisoned immediatly without Counsel present. Completely ignoring the Argersinger Rule at 40, 41.

3) This is the 3rd time I have been arrested since November of 2005 for the same charges without counsel each time. For some reason the Judge believes a Civil arrest doesn't afford a person the same rights as criminal arrest. This even goes on into the jail system.

4) After being taken from Court Room 201, I was not afforded counsel or a phone call at the court house Jail. Not until the Peoria County Jail

was I given a chance to make a phone call. Approximately 12:30 PM I phoned the District Clerks office to inform that Court I had been arrested. The lady who answered the phone said she would put my petition before a Judge. She asked me how long I was going to be in jail and I truthfully could not say for sure. The lower court judge did say three to four weeks this time.

d) I have read many appellate cases as regards to what constitutes the difference between Civil and Criminal contempt. Sanctions seem to be the deciding factor. The point in fact being my sanctions are: punitive, to recoup past losses and I do not have the "$1000.00 key to get out of jail." Other than a truck, nothing has came before the court to prove I have any assets of any other kind. As far as the "keys" are concerned, I have not even read the order.

e) As to      Civil contempt sanctions I was under to coerce behavoir I must not of met burden of proof for the Courts approval: I had not taken the first job for gainfall employment found, kept appropriate records as to looking for work, but yet to say in my defense, I have made contact with the       over→

Department of Rehabilitation in Pekin, IL. They have recommended additional schooling with their financial aid.

I made a statement to the judge as to such fact, and he blatantly said, "I do not believe you."

E) The Judge, Stephen A. Kouri, has not honored one of my motions. When I point to statutory law by chapter, Act, and section he does not recognize what I put to the Court.

The 20th of April is I believe when my brief is to be filed at Ottawa. I wonder if jail is a good enough excuse for an extension when I did not get granted a stay from trial court for the very reason why I am Incarcerated.

I, Jason Edward Cohee, Pro Se litigent am praying for relief in the form of a WRIT of HABAES CORPUS by the U.S. Central District Court in Peoria, IL. to free me from the bondage of jail and the fear of being put to the unrecognized mental test in Court Room 201 of Peoria County Court House. Completely understanding I owe care to my child.

dated: 4/19/06     Respectfully Submitted

Jason Cohee

7805 Trivoli Rd., Glasford IL, 61533 (ph) 309 389 4511
presently at
Peoria County Jail