E-FILED
Wednesday, 10 May, 2006 01:28:53 PM
Clerk, U.S. District Court, ILCD

*Under color of Title 28. U.S.C. § 1343. Civil Rights*

Rules of grounds for hearing; Fed. R. Civ. P., Rule 15(d),....
Prize cases, .... "[P]rovide for the common defense, promote
the general, welfare,...."      Prize Cases, 2 Black 635-699,
67 U.s. 459, at 462,(Dec. 1862).

**FILED**

Fed. R. Civ. P., Rule 26(c) Activate Motion letter of Law.
"protection Order" as RULE 26(c) your Honor.
Instruct, to Abstract(Y), first Rule 15(d) and did Abstract MAY - 9 2006
(X), second Rule 15(d) as composed incarcerated.

JOHN M. WATERS, Clerk
and U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"COHEE" is set to PROSECUTE, as prosecuting witness
victim   at the least of Title 18 U.S.C. §1581 as appears
A.note 8,...62 L. Ed. 540. *or charge.*
*(sic)*

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS,

**DIVISION OF PEORIA**

*Petitioner,*
**Jason Edward Cohee,**
        Court's movant

        vs.

**State of Illinois**
        Defendant
        Et Alii
        Respondents

Case nummber; 1:06-Cv-1073-
MMM-JAG-COHEE-State of
Illinois-Et Alii-......

Mister Jason Edward Cohee, attempts to once again to ...."redress"
.... United States' court.

   As an affirmed PAUPER on His OATH, a request is to the

Honorable Judge Mihm, as to  remind him of how   he held on

Title 18 U.S.C. §228(b). U.S. v. Morrow 368 F. Supp. 2d 863,

No. 03-10085, U.S. Dist. Ct., C.D. Ill.(May 2005).

   "Background: Defendant charged with two counts of failure to

pay child support moved to dismiss or severe." Ibid. "COHEE"

same Motion. He is two count Felon. Aforded no Jury.

   Title 18 U.S.C. §401. "Power of Court" and §402 "Contempts

constituting crimes"

"Dead Beat Dad" but yet gross professionel  negligence. Malpractice

as more is to come hereinafter. Title 18. " Crimes and Criminal

Procedure   Chapter 21. "Contempts".

*Petition on forma paupeus application of writ habeas corpus Under color of Title 28. U.S.C. § 1343. "Civil rights...."*

Rules of grounds for hearing; Fed. R. Civ. P., Rule 15(d),....
Prize cases, .... "[P]rovide for the common defense, promote
the general, welfare,...."    Prize Cases, 2 Black 635-699,
67 U.s. 459, at 462,(Dec. 1862).

Fed. R. Civ. P., Rule 26(c) Activate Motion letter of Law.
"protection Order" as RULE 26(c) your Honor.
Instruct, to Abstract(Y), first Rule 15(d) and did Abstract
(X), second Rule 15(d) as composed incarcerated.

"COHEE" is set to PROSECUTE, as prosecuting witness    and
victim  at the least of  Title 18 U.S.C. §1581 as appears
A.note 8,...62 L. Ed. 540. *or charge.*
                    *(see)*

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS,

                                        **DIVISION OF PEORIA**

*Petitioner,*              *To*
Jason Edward Cohee,        *2006-LM-187*
        Court's movant

                            **FILED**   Case nummber; 1:06-Cv-1073-
    vs.                                 MMM-JAG-COHEE-State of
                            MAY 9 2006   Illinois-Et Alii-......
State of Illinois
        Defendant          *Pam Gardner*
    Et Alii                TAZEWELL COUNTY CIRCUIT CLERK
        Respondents        TENTH JUDICIAL CIRCUIT OF ILLINOIS

Mister Jason Edward Cohee, attempts to once again to ...."redress"

.... United States' court.

As an affirmed PAUPER on His OATH, a request is to the

Honorable Judge Mihm, as to  remind him of how  he held on

Title 18 U.S.C. §228(b). U.S. v. Morrow 368 F. Supp. 2d 863,

No. 03-10085, U.S. Dist. Ct., C.D. Ill.(May 2005).

"Background: Defendant charged with two counts of failure to

pay child support moved to dismiss or severe." Ibid. "COHEE"

same Motion. He is two count Felon. Aforded no Jury.

Title 18 U.S.C. §401. "Power of Court" and §402 "Contempts

constituting crimes"

"Dead Beat Dad-but yet/gross professionel  negligence. Malpractice

as more is to come hereinafter. Title 18. " Crimes and Criminal

Procedure  Chapter 21. "Contempts".

CLERK: File documents, then present to Judge.

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
☐ PEORIA ☒ TAZEWELL ☐ MARSHALL ☐ PUTNAM ☐ STARK   COUNTY

_Jason Edward Cohee_ ,                         }
~~Plaintiff~~                                  }
Court's movant+                                }
**Vs.**                                        }    Case No. 06 – LM – __187__
_State of Illinois_ ,                          }
                        **Defendant**          }
Et Alli                                        }
   Respondents                                 }

FILED
MAY - 9 2006
TENTH
PEORIA COUNTY CIRCUIT CLERK
OF ILLINOIS

## APPLICATION FOR WAIVER OF FILING FEES

I am the (Plaintiff) / Defendant in the above case and I am <u>unable to pay the filing, service,</u> and related costs to proceed with my meritorious claim / <s>defense in</s> this action. I therefore request that I be permitted to file the attached documents without payment of such costs. No applications were filed by me or on my behalf for waiver of court fees during the preceding year except: _I have had fees waived in 04-D-499 and 1:06-CV-1073_

My occupation or method of support is: _Employed stockboy_ .

My gross income (before taxes) is $_____ per _____ for _____ hours per week. _Just started have not recieved first payment_
_Minimum_

My gross income for the past year was:          $ _9,000⁰⁰ ?_ .

The net value of my real estate (home or land I own) is:   $ _None_ .

The net value of all motor vehicles I own is:   $ _4500⁰⁰ ?_ .

The net value of all personal property I own is:   $ _1,970⁰⁰ ?_ .

The individuals dependent on me for support are: _1 child_ .

## VERIFICATION BY CERTIFICATION
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

Attorney for Applicant:
_Jason Cohee_
_non professional_
_prose_                              _____
                                     Signature of Applicant

## ORDER GRANTING / DENYING OR DEFERRING PAYMENT OF COSTS
The Court having considered the above, said Application is hereby:
_____denied by reason of: _____ .
_____granted and costs are waived
_____granted in part and costs are deferred until _____ .
_____granted in part and costs are deferred until determined at (or prior to) entry of final judgment that any party responsible for costs has the ability at such time to pay the same.

DATE: _____          _____
                                Signature of Judge

a)  Jurisdiction Statement

Title 18 U.S C. §1581

§1581 note 15  "A federal Court might entertain a prosecution

for violation of Act Mar. 2,c187,§1, 14 Stat. 546 (incorporated

in part in former section 444 of this title)[now this section]

denouncing peonage, though prosecution of kidnapping and false

imprisonment    might be held in state courts." U.S. v. McClellan,

S.D. Ga. 1904, 127 F. 971.

   GROUNDS for Court's movant "COHEE", to come forth as prosecutor

of 18 U.S.C. §1581, notes of decisions of §1581 at note  8.---

"Involuntariness of servitude", "elements  of servitude",

"elements of offense"; "In a prosecution for peonage, evidence of

the prosecuting witness, if believed by the    jury, was sufficient

to  how that defendant had forced her to work out a debt by threats

and fear." Bernal v. U.S.,C.C.A.5(Tex) 1917, 241 F. 339, 154

C.C.A.219, cert. den. 38 S.Ct. 192, 245 U.S. 672, 62 L.Ed. 540.


§1581 note 6.---" Color  of law, elements of offense", "Former

section 444 of this title [now this section] was directed at

individuals whether or not acting under color of law or ordinance."

U.S. v. Gaskin, U.S. Fla. 1944, 64 S. Ct. 318, 320 U.S. 527,

88 L. Ed. 287.


§1581 note 1.---Aiding and abetting, offenses within section;

"That defendant charged with aiding and abetting in arrest and

return of certain persons to peonage, did not actually make

arrest, or that arrest involved was a rearrest  after escape,

did not entitle, defendent to aquittle." Davis v.U.S., C.C.A.5

1926, 12 F. 2d 253, cert· den.    46 S. Ct. 639, 271 U.S. 688,

70 L.Ed. 1153.

As authOr, Mr. Cohee seizes at claims of ability to prosecute

appeal:

DOUBLE JEOPARDY claim pusuant; §5. "Searches, Seizures, Privacy,

and Interceptions", "ArticleI.", "Bill of Rights", at 'Constitution

of the State of  Illinois'  adopted..."adopted December 15,1970,

at a Special Election." (to young to vote)

As appears at [#9] of Mister Jason Edward Cohee's Docket

Statement, filed Feb. 1, 2006, Clerk of the Circuit, Peoria

County Court House, IL; [#9.]"State the general issues proposed

to be raised"(failure to  include an issue in this statement

will not result in the waiver of the issue on appeal): per

original hand of "COHEE",as appears on general case no.

3-06-0048; "indigent  defendant no counsel assistance court

appointed 735ILCS 5/10-137 also being arrested and imprisoned

twice in 5 weeks w I would like to bring DOUBιE JeoPARDY to the

TaBιE."


United States Code, Title 42;

The Public Health and Welfare, Chapter 21---Civil Rights;


§1985 note 13.---"personal jurisdiction";

"Individuals sued in their personal capacities under §1983

or §1985 are not immune from  suit in federal court even if

performing acts within their authority and necessary to

2 of 48

fulfilling governmental resonsibilities." Lewis V. Board

of Educ. of Talbot County, D. Md. 2003, 262 F. Supp. 2d 608.

Federal Corts (keys)=269. Also as of compatibality of Title 28 U.S.C...

Title 28 U.S.C.

§2071.---"Rule making power generally"; " Admirality Rules".

"The Rules of Practice in Admirality and Maritime Cases,

promulagated by the Supreme Court on   Dec. 20, 1920, effective

Mar. 7, 1921,as revised, amended, and supplemented, were

rescinded, effective July 1, 1966, in accordance with the

general unification of civil and admirality procedure which

became effective July 1, 1966. Provision  .for certain distinctively

maritime remedies were perserved however in the Supplemental

Rules for Certain Admirality and Maritime Claims, Rules A to F,

Federal Rules of Civil Procedure."


personel note.---Pardon the interruption Your Honor, Jason Edward,

would like to remind the Court he had brought his  application

for writ of Habeas Corpus, "upon Application for Writ of

Habeas Corpus." In re TERRY, 128 U.S. 289, 9S.Ct.77, 32 L. Ed 405,

Nov. 12, 1888.WOops One of    those darntimes. Its whatever, your

Honor. Darn it. Well shoot, What is Admirality freak'n anyhow.

I figurd I get me one,   if Ipleaded         to ya, darn it.

I'll discuss  for ya     later in the text as to point in

fact. Mihm  J.,

        IT's A Tough State, trust me I'm on the street.

Also, he would like you to, well. If you  would your Honor,
I am really not sure how to approach the     matter I bring
to your attention as Mr. Cokee's claim under color of 28 U.S.C.
§1338, intellectual property as you let us realize.

Whether the Court's stance, well as to the    fact, of well,
if it Pleases the court.  May I describe the gravity of
.  our  situation in terms of a "tresspass vi et armis".
'unique chattle."

In common law the term tresspass vi et  armis can be discovered in
the Dred Scott, Plantiff, in error decision. The Supreme Court
recognized the term early, in the second paragraph as a matter
of fact.  So I opened Black's Law the dictionary 8ed.  and did some
research. Not   to sway your free interpretation         other
than in the terms of     "unique chattle".

Black's Law defines unique chattle as a term to be used in
situation of the Petitioner's. The "chattle" is the gray area
to be defined.Maybe if I could step before you to explain one
day this would be easier.

Let's say, that well I Bring you the Law from the Books
in proper form   and you arrest me.       I say on the
witness stand, the truth whether I have counsel or not you do not believe
me. And then to top it off as what was said to me on April  4th,
without counsel. Judge Kourt say," I do Not believe you.'

In open court  . you can     picture by  now I'm wasting
my time and energy.    .    So I will assume you are going
to treat me as a peon just like Judge Kouri, Third District at
Ottawa, States Attorney Lyons. Oh heck I suppose I could

go on and on.

Since this is My Third time to readress this issue I would

Like to give you every opprotunity to make a decision, I agree

to. Just on the constitutional issues.

   I will say I believe I bring somethings that are

unique. Yes. This is a serious business when I talk about

Breach of the Peace.  That is why, I as Petitioner, will take

a copy of what I file to the Department of Homeland Security.

By the way, just so Ya know, there is one in the FBO building,

Im fairly sure it's still recognized as Byerly Aviation.

   Pleased, your honor, I'll continue :   pleading, it's just the fact

where the heck does a guy turn.  Ottawa has all my medical

history or well enough to see I've been through the ringer.

   As far as your decisions go, its just the appeals process

and they take time.  I do appreciate your response  at least

you let me Know what you :  would    need     to procede.  Maybe

I covered the bases on any loopholes. So well enough

rhetoric.  Except for the homeland security thing, may be the Supreme

Court will be able to recognize my situation or our interaction.

Heck maybe     your holding on   "Morrow" will become more

recognized.

   I'm triing to stay within the confines of proper channels., I

feel like I'm playing Ping-Pong since someone may be in reveiw

of the situation in Ottawa. Not in regards to well heck.

   I found
   What's happened is this ?

Child Support ReportRecovery Act....Court of Appealls, Kozinski,

   Circuit Judge, held that: (1) finding of willfulness could be

premised on defendant's failure to seek available employment,

which would have earned him enough money to meet his child support

obligations; (2)  as so construed, ' .CSRA  DOES not violate

constitutional prohibition against slavery; (3) evidence

supported finding of willfulness;

and (4) defendant was not entitled to jury

trial on ground that, in addition to imprisonment, he...."

United States v. Ballek 170 F.3d 871, no. 97-30326, March 1999


So.  I use the word Peonage .

PLEASE YOUR HONOR HAD HIM~TO OUR LIST OF PERP  JUDGE OF AFOREMENTION
            OR HER

This is a serious situation.

re. Dred Scott 2.  " When a plea to the jurisdiction, in abatement, is overruled

by the court upon demurrer, and the defendant pleads in bar,

and upon these pleas the .final judgement of the court is in favor

if the plantiff brings a writ of error, the judgement of the court

upon the plea in abatement is before this court, although it

was in favor of the plaintiff-- and if the court erred in

overruling it, the judgement must be reversed, and a mandate

issued to the Circuit Court to Dismiss the case for want of

jurisdiction......Government  in express terms is pledged to

protect *452 it in all future time, if the  .slave escapes from

his owner. This is done in plain words--too plain to be

misunderstood. And no word can be found in the Constitution"

"Which gives Cogress a greater power over slave property,
           N

or which entitles property of the that kind to less protection

that property of any other description. The only power conferred

is the power coupled with the duty

of gaurding and protecting the owner in his rights."

Dred Scott, Plaintiff in Error, v. John F. A.   Sandford,

60 U.S. 393, 452, 19 how.393,  !15 L.Ed. 691 ,(Dec.1856).

As If    to really expand is necerassary, I feel for Mr. Ballek, and

please your Honor since I am avery qualified member of Alcoholic

Anonymous . It took alot of interaction at meetings to get a grip.

The women I talk to are also played.  Just because the Several

Acts are written in gender specifics that does not mean Women are

immune,


I have asituation with Proctor   Health Care

for Insurance in Your house.  As a matter of fact I have a

tape if ·    you would like to listen to   me plead in Court

feel free,  Case number     05-1123  , 10/17/05 in front

of  the Honorable Judge Gorman, OSF Healthcare v. Cohee, ETAL

C442.  LOoks like that case was put all on me as it is   labled

on the tape.  The  Judge And I had a   ·fairly  good engagement

of the constitutional variety.  The jury demand came I believe

on Nov. 22.


AS to cite from notes and       decisions of Title 28 U.S.C

§2071.

§2071 note 1---"Construction  with Federal Rules of Civil
Procedure;""[b]ut there is no general grant of legislative
authority to regulate practice of law." Rodgers v. U.S. Steel Corp.,
C.A.3(pa.)1975, 508 F. 2d 152,  cert. den.  96 S. Ct. 54, 423 U.S. 832, 4
832, 46 L. Ed. 2d 50. Attorney and Client(see key 32(3).

§2071 note33--- "Duty of Courts"; "Federal judiciary's
obligation to structure and control practice and procedure
of participants before it is integral to the character of the
judicial system itself." Triplett v. Azordegan, N.D. Iowa 1976
F. Supp. 998. "Federal Civil Procedure Key 1)

§2071 note 5.---"Establishment of rules---Generally*;
"Although the*Rules Enabling Act" delegates rule  promulgation
authority over practice and procedure for United States cou rts
to the Supreme Court, Congress retains an integral, albeit passive,
role in  implenting any rules draft by the Court." U.S. v. Wilson,
C.A.5 (Tex.) 2002, 306 F. 3d 231, rehear. en banc denied
55 Fed. Appx. 718, 2002 WL 31933351, cert. den. 123 S. Ct. 1371,
537 U.S. 1240, 155 L. Ed. 2d 211. "Constitutional Law (see key
78)

IL Count toCharge:

  Illinois  law to pursue within color of as and or to charge
respondants of violation : 735 ILCS 5/10-137, 735 ILCS 5/5-105(g).
As   direct violation of ILCS S. Ct. Rule 296(L(  as to no jury
afforded "Mr. Cohee". *May be ? Moreover U.S.C's Laws.*

Commision of the State of   California.

Supreme Court Rule is that, if they have to plead through
me what is the  purpose of that Enity? Execution Power must
be somewhere to reinforce its Command of the Constitution.

Whom that to-wit text opens upwards as a vision of the
facts you can not  witness Supreme Court Rule as I, or
"Evidence §383",  "Headnote [#12] of id.

> "[P]rima facia every state is entitled to enforce
> in its own courts own statutes, lawfully enacted..." ?
> Id., 294 U.S. 532, 547,  79 L. ed. 1044, 1052,
> (Oct. 1934).

˜Piece of Mind is˜given,to that Mr. Justice Stone's
opinion as the Court:

> A, "[f]orce given to a conflicting astatute of another state
> state by full faith and credit clause, assumeds the
> burden of showing upon some rational basis, that
> of the conflicting...." at Ibid 548.

Contempt, for example, the Court applied the *** clear and
present danger test "gag order"  restraing publication
of material disclosed before trial,' Nebraska Press Association
v. Stuart, 427 U.S. 539 (1976). As eyebaulled from "The
Oxford Companion, To the Supreme Court of the United
States, Hall 2ed, Oxford, Copyright  2005 by Oxford
        University Press, Inc." at pg. 222.

For some reason Your Honor the Companion hitherto
advises I see "Lower Federal Courts" Do  you have whom
to-wit        a Companion ?

Should I See another Court ?

The rooted circumstances, Laws of Illinios, conflict
with each other. I am not even sure a jury trial would fix!

IL-LP CONSTAW §435,

"(FN%5) However, the United States Supreme Court has
ruled that an indigent person convicted in a criminal
case is not entitled to free legal counsel to
pursue....", but eyyet accorded the gift of
"[i]ndigent defendant has a constitutional right
to a free transcript of the trial, or of
prior proceedings for the appeal. FN&7,▪

Then criminal Practice and Procedure updated by the 2005
pocket part, Chapter 30. Appeals A.  Preparing for Appeal
tells us that;

"An appellate procedure which only gives a  . transcript
to an indigent counsel request or  if the trial judge
authorizes it,...." 6 ILPRAC §30.2.

Pursuaant, Mr. Cohee's, present motion in form he comes
fortth as the ability to realize; Fed. R. Civ. P. Rule 15
and incorporate.as effectual release of political mention
as it reads in revised Illinois Constitution.

In the above cited laws certain inconsistencies have
been observed.  The manufacture of laws for the peple,
people reuire certain consistency.  As Amendment 9 of
UsS. of A!s Constitution."RIGHTS RETAINED By thePEOPLE:

"The enumeration in the Constitution, of eertaiai
certain rights,shall not be construed to deny or
disparage others retained by thwthe people.."

Mister Jason Edward Cohee solidifies Complaint on
Third District Court House of IL, set at Ottawa.

Your Honor, please refer to response from         court of
aforemention.
Letter was received    at        "Cohee"ṣ on May Therd.  He then
promptly phoned  1-(815)-434-5050 as to state his intentic  is
as to    pursue COMPLAINT as to-wit Mr. Cohee had sereved to the
Court in his person on  certain dates. Please: I would like
to let    U.S. Court realize what   is  on court file    is
enough as to see who       'Cohee"  has"SERVED" as to confirm
proof of service.

The letter referred to above    mailed from ottawa
which is actually hand signed by Gist Fleshman, Clerk.
I do geneally submitt the original                but
yet to say "COHEE" retains this as evidence. Signatory to I.D.
Maybe  Mr. Cohee should also start asking Attorney General
Lisa Madigan questions in the  situatition.  He has not really
contacted her in his personal affairs. Yet he still wonders if he
should due to violation of    the constitutional variety in
question.

The denial letter was the  second in general no. 3-06-0143.
Your Honor,  I have already answered this question once on a
Rule to Show Cause. I was sent the docketting statement.
Filed promptly in the several Court Houses, and I¦m denied
because Supreme Court Rule 306A (7) is dimissed....
If I may beg the Court's  Pardon.

PLEASE BE ADVISED-----

S. Ct. Rule 306A, COURT RULES  p.2044 ILCS

**Rule 306A.  Expedited Appeals in Child Cutody Cases.**

ᵛ(b)  [T]he notice of appleal, docketing statement, br ie fs and all
other notices, motion and pleadings filed by any party in relation
to an appeal  involving child custody shall include the
following statement in bold on", or at THIS JUNCTURE.

**THIS APPEAL INVOLVES A QUESTION OF CHILDREN.  CUSTODY, ADOPTION,
TERMINATIONOF PARENTAL RIGHTS OR OTHER MATTER AFFECTING THE**

**BEST/INTERESTS OF A CHILD**

Therefore;

Here I sit examin₁ ing notes to comply and adhere to
ᵛAnnotated

Prosecution Standard." This Action set at the least of;
Title 28 U.S.C. §1350 as noted48. "Theft"--

"While every civilized nation doubtless has a prohibition
against stealing as part of its legal system, a violation of
the "law of nations" within meaning of this section relating
to jurisdiction of federal district court arises only when
there has been a voviolation by one or more individuals of
those standards, rules or customs affecting the relationship
between states for their common good and /or in dealings inter se
**inter se**. ITT v. Vencap, Ltd., C.A.2 (N.Y.) 1975, 519 F. 2d 1001,
on remand 411 F. Supp 1094.

"COHEE"  conspires to deduce that (Form #34R 6/1/05,
171-288 Rev. 04/05) the "Conference of Chief Circuit Judges"

should become extremely aware of. Me, and this:

§1350 Note 33.  ".....wrongful acts committed in violation

of the law of nations,   where they caused.  injury

to the child's father, in that he was deprived of custody

to which he was entitled under Lebonese law, he could bring

an action in **** [[JEC. Tortfeasor]] under...." this section

of the Judiciary Procedure.

So, to    Stephen A. Kouri is of the fact remains it is a

"Conference".  Does"Kouri" attend this Conference.  When it

gets right with prosecution of;


§1350 Note 4.  "Act of State doctrine;"

"Law of nations, as understood in modern era for purpose

of brought under Alien Tort Claims Act, does not confine

its reach to state action, in that certain forms of  conduct

violate the law of nations whether undertaken by those acting under

    auspices of state or only as private individuals..."

Kadic v, Karadzic, C.A.2 (N.Y.) 1995, 70 F.3d 232, rehearing

denied 74 F. 3d 377, on remand, cert. denied 116 S.Ct. 2524,

514 U.S. 1005, 135 L. Ed. 2d 1048. So Mr. Cohee's, note 11,

"Private right of action" for mannerisms adjudicated towards

him that violated a bond with his child is an, Illinois

Constitutional provision "Bill of Rights," §1. "Inherent and

Inalienable Rights;"
                                    have certain inherent and
   "All men are by nature free and independent and‸inalienable

rights;....(§3. Religous Freedom) the liberty of conscience

hereby secured shall not be construed to dispense with  oaths

or affirmations, excuse acts of licentiousness, or justify

practices inconsistent with the peace or safety of the State.

as bound at page Eleven of Illinois Compiled Statutes after 1971,

evidently.

   Mr. Cohee Compiles the Bar's Certain Associations Individually,

to wit:

§1350 Note 4a. Acts of

        "State action requirement of Torture Victim Protection

Act (TVPA) does not that particular government be officially

recognized and certain Private groups may constitute

de facto "state" which may be held liable under TVPA." Doe

v. Islamic Salvation Front (FIS) D.D.C. 1998, 993 F. Supp 3.


   Mister Jason Edward Cohee being a non-professional

-unpartisained prosecut  orial witness, reqUststs, U.S. Court,

Division of Peoria, conscience clause standards dictates an

exemption whether First Amendment or Ethical .

   Mr. Cohee, S.S. #███████, takes matter within confines

of boundaries lain down for strict adhearance to Judge.

United States v. Meyer (etal) re. Hirschkop, 346 F. Supp. 973,

Misc. No. 28-72, (July 1972).


   "United States District Court....sitting by designation

in the District of columbia pursuant  to:

 28 U.S.C. §292(c) and this Court by further designation

pursuant to Title 28 U.S.C. ⅛§291(c)....This case grew out of

. . *14 of 48* (3 of 27)

the so-called.....cited respondent, one of court-appointed

defense counsel; for criminal contempt and the next day read

to him the following certificate:"

   As "Cohee" concurrs that;

".....pursuant to Rule 42(a) of the Federal Rules of Criminal

Procedure, 18 U.S.C.," IBID

   Per hand of signatory of this instrument,

      I, Sworn Pauper, hereby certify that I saw and heard

the contempts of court hitherto and hereinafter, except,

Mr. Cohee's of course, described and that they were committed

by;

   Kim L. Kelley

      Judge Stephen A. Kouri

         Conference of Chief Circuit Judges

            Justice Tom M. Lytton

               Justice Mary W. McDade

                  Justice Mary K. O'brien

                     Brenda S. Cohee (non-professional-pro se)

                        Mr. Robert Spears

                           Ms. Marcia Straub (attorney-at-law)

                              Mr. Gist Fleshman

People of IL that have inluenced Court's Movement towards of effect to

Mr. Cohee. And most others that practice same or have a hand on
     as a peon

   Counterfeit of Law of nations, to infuence us Peons.

Those in Actual presence of the Court during trial of Case numbered

04-D-499, I find them guilty of the following offensive

"obscene trade libel" in the form; **Child endangerment,**

malicious prosecution, and some faceless Court informers to point of Fact; Mr. Cohee bore no-winess      of official Court papers at Ottawa.

I will at the very outside of the spectrum of my abilities to charge with           ,Contempt.

At Bar is punishment for DOUBLE JEOPARDY.

Mr. Cohee comesforth for Courts assisstance: (see.) Marbury v. Madison, (Feb. 1803), 1 Cranch 137, 5 U.sS. 137,at 163, 1803 WL 893 (U.S. Dist. Col.), 2L. Ed. 60;  Charles Robert Anders('s Brief at), 18 L. ed 2d 1505, [18 L. ed. 2d]-95?); Anders v. State of California, 386 U.S. 738(at westheadnnotes in ord. [#6,#7,#1]), 18 L. ed. 2d 493, (May 1867), 87 S. Ct. 1396, reh. den. 388 U.S. 924, 18 L. ed. 2d 1377, 87 S. Ct. 2094; United States v. Cruikshank Et Al., 92 U.S. 542,at 554, 555, 2 Otto 542, 1875 WL 17550 (U.S.La.),  23 L. Ed. 588, (Oct 1875); Peonage Cases, 123 F. 671, (Dist. Ct. M.D.,Ala., June 1903).

Illinois Law to pursue under color of as appeared   on Mr. Cohee's docket stated;  735 ILCS 5/10-137, also his docket 305 ILCS 5/10-3,  735 ILCS 5/5-105(g);

As indirect violation of ILCS S. Ct. RUle 296 (1) as to no jury afforded Mr. Cohee.   He . Claims:—

1 Count for all • Of constant violation; Title 18 U.S.C. §4. "Misprion of felony"; "Whoever having knowledge of the actual commision of a felony cognizable by court of the United Stateas, conceals and  does not as soon as possible make known the same to some

judge or other person in civil or military authority under....

imprisoned not more than three years or    both."

"UNDERSTOOD" !

The Effort to protect the 2nd Amendment, Jason Edward

prays for relief to _ , reanact    Act thru United States

v. Cruikshank ET AL's holding; "This was an indictment for

conspiracy under the sixth section of the act of May 30, 1870,

Known as the Enforcement Act (16 Stat. 140), and consisted

of....'

Also, relief that Counts,    mete-out to prosecute,

"[T]he second avers an intent to hinder and prevent the

exercise by the same persons of the 'right to keep and bear

arms for a lawful purposes." *United State v. Cruikshank Et.AL,*

*92 U.S. ,545, 2 otto 542, 1875 WL 17550 (U.S. La.) 23 L.Ed. 588.*

"COHEE" prays of Court allowed challenge of His;

Civil REMEDial ConSTruction ! *Title 18 U.S.C. § 2201.*

*"Creation of Remedy."*

Red Cross, ofpoint in fact to pursue;

or Peace Corps,    Title 22, Foreign Relations and intercourse.

Chapter 34    §§2506-2522, U.S.C.A.

*Color of* 18 U.S.C. §2071(e); " If the presribing court determines

that there is an immediate need for a rule, such court

may proceed under this section without public notice and

opprotunity for comment, but such court shall promptly

thereafter afford such notice and opprotunity for

comment; (f) No rule may be prescribed by a district court

other than under this section."

Charge 18 U.S.C. §4. "misprison for felony"; mention made of "Annotations" hitherto as a suggestion to step back over prayer of relief to recover any incoherent nature the Honorable individuals.    Charges  *and sentences punishment*

by way of Bench Trial.

As compiled in "As Notes of Decisions"        Title. 18 U.S.C.


§4 note 13.---" Attorney conduct and Qualifications";

"Local district court rules are not required to mirror Supreme

Court rules and . thus local rule requiring attorney

to  pass state bar examination before practicing law in

California was not inconsistent with Supreme Court

admission rules." Giannii v. REAL, C.A.9 (Cal.) 1990,

**911** F. 2d 354, cert. den. **111** S. Ct.  585, reh. den. **111** S. Ct.

1031,  498 U.S. **1116**, 112 L. Ed. 2d **1111** !!


To effect once again Jason, Edward's: Docket;

[#8] as of violations quite probable; Prima facisially

RPC *Rule* 1.5..., RPC Rule 1.16...,RPC Rule...8.4...As

generally Appears on "COHEE's"  Motion to Compel; ...

"Show Cause" I beleive.

"Standard and rule which are sources of district court

rule-making power authorize federal courts to set criteria

for  admission rules in other federlal courts." Matter of

Roberts, C.A.3 (N.J.) 1982, 682 F. 2d 105.

"federal courts exercise inherent judicial power in

the admission, practice and discipline of attorney's."

Galhad v. Weishienk, D.C. Colo. 1983, 555 F. Supp. 1201.

Title 28   U.S.C.

A. Note  at §2071 [#24] "The district's court power, under
this section and Admirality Rules, this title, to regulate
its Admirality practice as necessary for advancement of
justice in cases not provided for by statute and such rule,
is held in trust for litigantds' benefit and court's duty
is to exercise power in proper cases by adapting its procedure
to practical needs of justice."  Dowling v. Isthnaian S.S. Corp.,
C.A.3 (Pa.) 1950, 184 F. 2d 758, cert. den. 71 S. Ct. 493,
340 U.S. 935, 95 L. Ed. 675.

  As to what comes forward is a gross crime, but   yet to
inflict the matter on the Court. 72 Ill. 2d 421, 381 N.E. 2d 677,
21 Ill, Dec. 350.


  "Defendent was convicted....of taking indecent liberties
with a six-year-old girl and defendant appealed." The Appellate
Court, 47 Ill. App. 3d 278, 5 Ill. Dec. 519, 361 N.E. 2d 842,
  "affirmed.....the Supreme Court, Kluczunski,J., held that:
(1) facts did raise a bona fide doubt of         defendant's
fitness for trialso so as to reqirrequire trial judge to hold a fi
fitness hearing **sua sponte**."  People v. Murphy (see) Id. (Oct.
1978)

  Mr, Cohee as he would like to be referred to as at all times
your Honor.  Then again Jason's fine at indiscrectionary
segments of time, too. That 3rd District is a tough one, but yet
the Supreme Court of this state we sit in,   the People could

use our help to ~~adjudicate~~ <sup>Judge</sup> capitol Issues within the Confines

of Thomas J. Moran's, Justice:

"After a bench trial in the circuit court of Cook County,

Billy Martin and codefendant, Melvin Burnett, *416 wre were

found guilty of murder, attempted armed robbery, conpiracy

to commit armed robbery, and armed violence based on the

murder." "'The court Affirmed. People v. Martin, 102 Ill. 2d 412,

2d 412, 466 N.E. 2d 228, 80 Ill. Dec. 776 (June 1984).

I'm not quite uncertain, but yet your Honor,"COHEE", oops

I meant mister. Is in a tough stATE.  Hey, what are the odds

Gov. Ryan's Pardon's were mete-out, or am I misconstrued

that was an issue    ·many Moon's Ago.

Mister Jason Edward Cohee, attempts to re add dress ə℘

to gain United States Federal Court approachablity as a

blessing to all.

As a sworn Pauper on Oath, a request is to the Honorable

Judge Mihm as of reminder how he held on  Title 18 U.SCC.A.

§228(b).

· a) "[i]t is readily apperent that the issuance of a

support order by a Court does not estabilish beyond a reasonable

doubt that the parent involved will have the ability to

pay thethat the ability to pay that obligation the  next

two years...." United States v. Morrow, 368 F. Supp. 2d 863,

no. 03-10085, (May 2005).

"The District Court, Mihm,J., held that:" based upon his sound

interpretation in his dicussion, "In Grigsby, Chief Judge

Lameguex first set out the analsis reqired to resolve the

legal quastion before the court....,[T]herefore, in the run

of cases it is unreasonable to conclude a parent...."

United States v. Morrow, 368 F. Supp. 2d. 863, No. o3-10085,

(May 2005).

If, District, Mihm J., hold cause of same point in fact hitherto

Mr. Cohee upon review.

To expand upon the pro se as Pauper and incarceration.

Orders to Show Cause create the same presumptions that

influence a jury.  Point in fact a County Judge adhears.

To expand on "Cohee's" Motion to Disqualify Judge as Biaseed

on Argersinger's analyysis of Rights. The Supreme Court has as

of May 20, 2002 decided to lay expanse on 'what every judge

should know before slamming Him in the Hole unrespected.

Mrs. "Justice Ginsburg, held that suspended sentence, that

mayend up in  actual deprivation of person's liberty may

not be inposed unless defendant was accorded guiding hand

of counsel in prosecution for crime charged...." Alabama v.

Shelton, 535 U.S. 654, 122 S.Ct. 1764, (152 L. Ed. 2d 888).

For the 'life and liberty' of my own right why do I feel so violated ?

Violated ?

Can that question be answersded, Please. As the demurrer

book is Composed "COHEE" brings back; "Whenever, says that

very able judge, there is a right to execute an office, p

performed....*169....[p]resident of the United States appointed

him a justice *168 of peace, for the county oy Washington

....;and that the seal of the United States,,," of Book made

Peoria County, IL.  Marbury v. Madison, 5 U.S. 137, 169-168,

1 Cranch 137, 2 L. Ed. 60, (Feb. 1803).

As to Mr. Cohee's claim of entitlement of section 2254.
On April 4th he sat the supplement to case no. 06-1073
and plead his prayer for relief to be allo wed to proceed
in United States District Court.

Also "COHEE" has given two Courts in their said Districts as
set of Illinois Notice of his Pauper's Oath, Petition for
Extension of Time to File Brief, and attached
Affidavit of Merits on Certificate.  Statements as Standard of
Review are at bar.  If the U.S. Courts analysis would lead
to:  "On the first day of the term the petitioner presented
in open court and filed his petition praying that 'the
peoplel's writ of habeas corpus **ad subjiciendum** may issue
on his behalf, directed to....;  In re Barry, (cite as:
11 Hunt Mer. Mag. 265, 42 F. 113) 136 U.S. 597, 34 L. Ed. 503
(May 1844).

Kim L. Kelley, attorney at law, as to further claimed
malicious prosecution of ˄KELLEY" not responding to Mr.Cohee's
reqest for a writ of habeas corpus upon open     Court
April 4th.  Even after aforementioned plea was brought/forthright
and˄"Cohee" remained without utterence from either party; State,attorney
at law, or a jury poor     .     Mr. Cohee was sentenced to jail.
His wife had moved in to prosecute after "KELLEY" removed  himself
from Court.  Then again she hasn't sent me a bill. I wonder
how much she charges an hour or on the half, when it's gonna
be brief.  Geez, just what I need in my life another prosecutors
debt to pay.  Hey ya know, well I'm fairly sure doesn't States
Attorney,

Keven Lyons, get prosecutioral damages, _or wages_ paid by State citizen's?

Then again I can consume          Issues, Statutes, and
court's unacknowledgement of statutes, but yet if I were to
be in the presence of even six jurors the physical condition _I am_
stricken with.  Discussion of a jury well whats the point.
In fact , no jury really isn't that bad of idea on _fact_ it's a
statatory limitation.  There are privacy issues in domestic
relations that the the public, well ya, The Public, does not
really need to be subjected to.  The airring of the Dirtiest
of Luandry,  but yet we do have right to be in the jury pool.
Wouldn't the Grand Jury be more fit to serve in such affairs?

          Divorce is an "Infamos Crime".!  It is in
ecclesiastical jurisdiction of         .  .      ecclesia
Contract broken by the State. Actually the conntract
of "Holy Matrimo ny" breached by state authorities could
be     over the boundary lines of 1 st Amendment Freedoms.
  Marriage is  purely an ecclesiastial matter.


Even in the Preamble of Illinois's Constitution demands
of the State and everyone sworn to uphold it as to
'' ....**provide opportunity for the fullest developement**
**of the individual; insure domestic tranquility; provide**
**for the common defense   and secure blessings..."**

        . Unqualified an intrusion  as to of, Eminant Domain,
intrusion.  The Breach of         Contract the state just
"implies"is undone, _but yet_ still leaves the Canon to Deal With _matter._

The Canon, ecclesiarch, should                    say$_k^s$ the

State should be gone in affars of        .Contract Disposiol".

Can the state, any state, in the union call a        .contract

null and void ?

   If, on  States answer of    , yes please be specific.  In matters

of  IL constitutional issues and$_\wedge^{in}$divorce:

   Article XI.  Enviroment, §2.  Rights of Individuals,

`e$^{xc}$use me, I meant to cite in on §1. Public Policy-Legislative
    $\wedge$

Responsibility;  " The public policy of the State and the

duty of each person is to prov$_\wedge^i$de and maintain a healthful enviroment

for benef$_\wedge^i$t of this and future generations."

  The General Assembley Had best come come to conclusion

Holy Matimony as comsidered in each c$\psi$lture or    ethnic group

`as man and wife$_\wedge^{as}$an oral

handshake areement, solidified with respect of each other.

If the state wants in MY BUSINESS guess what, I'm in

theirs$_\wedge$.$^{or\ I+S}$   So  does the state feel it is Worth It  .for,

Mister Jason Edward Cohee, as a citizen of Illinois to be in its

business.  The judge Kouri told me on the initial relief hearing,

`I was not going to have a    ·· private Life.'

   **I have been denied my 5th amendment right at least twice,** to Not
self-incrimination
$_\wedge$I refuse to have my fianances disclosed in open Court.

If that is a crime$_\wedge^{of}$Criminal Contempt, I will denounce my

citizemship of this country.   Whatever it takes to keep

my finances out of the public eye of "Freedom of Information Act."

Cardinal Rule do not tell people      how much you make.

I want this state to tell me its constitutional grounds for involve-
ment in my personel life or anyone else's for that/matter. The tax
break from the state is not worth the hassle.

   And reason. "COHEE" gives          concludes,"[v]iolates
the Fifth Amendment to the United    States Constitution,
but deneied to the extent its seeks dismisal...on§2289(b)
presumption." C.D.Ill., 2005. U.S. v. Morrow, 368 f. Supp. 2d 863.

   Mr. Cohee,has implemented this as to pull from when he
addresses grievence for non-return of others bond to release
him from the confines of Peoria County Law Enforcement
Agencies.

   Mr. Cohee fully complied to that which the "PEOPLE" or
as he would prefer to recogni ze as moreover as "State of
Illinois".
           This administrative issue of several "COHEES' " and
also "McCoy's" of State theft. Jason Edward Cohee takes
to enter and "readdress       our grievences" in Appellate
Court No: 3-06-0319.  Title: Marriage of Brenda and Jason
Cohee; the above captioned number has also been referred
in prior cases from the 3rd District Court of Illinois
at Ottawa as General numbers as appears on face after
parties in dispute of case captioned As to attempt to sort
out any confusion. Maybe.
           Case number is to revolve around Incident No.
0500012899\SO PEORIA CO mIL:;  Document Control No. 07129077X.
COHEE,JASON EDWARD Vs. PEOPLE, "CONTEMPT OF COURT" in Room 201,

Peoria County Court House, for The Circuit Court of the Tenth
Judicial Circuit of Illinois, Peoria County sits in Peoria.
Judge Stephan A. Kouri at  Bars Bench.

   With the several paries      involved in Mr.  Cohee's
interest$^5$ as of which are pecuniary. We will consolidate
at, Fed. R. Civ. Pro. ; Rule 23.2 "Actions
Relating to Unincorporated    Associations" and or Rule 24;
"Intervention" **trespasss vi et armis**  as to include several
of point   of fact.


Stake has been set.    The several by Jason Edward Cohee's,
 Combination of Particulars,  similiar of others.
Claimant or  Movant, to gain safety in claim of others via shear
numbers. The State's forces and faculties have been of a degree,
difficult, to confront.    A   solid effort has been to set
for Care of others along side His.

  **Abuse-of-rights- doctrine** has led to;  "[t]he "[a] factual
dispute as  to the existence of actual malice, <u>summary</u>
<u>judgement is improper</u>. "'In the instant case a jury might
infer from the evidence that (repondent's) failure to
investigate the truth of the allegation, coupled with its receipt
of communication challenging the factual accuracy of this author
in  the past, amounted to actual malice, that is, 'reckless
distregard' of whether the allegations wre twere true or not.
New York Times (Co.) v. Sullivan, (376 U.S. 254,) 279-280
((84 S.Ct. 710, 726, 11 L.Ed.2d 686 (1964)).' Mem.Op.,
Sept. 16, 1970. Thus, petitioner knew or should have...;"

ability of Gertz v. Robert Welch,Inc. Rule to incorporate at;

.....".[d]iscrete context:

'This "[R]ather, it provided a remedy for unwanted

publicity.  Althou the law allowed recovery of damages for

harm caused by exposure to public attention rather than bt

by factual inaccuracies, it recognized truth as a complete

defense.  Thus, nondefamatory factual errors could

render a publisher liable for something akin to  invasion

of privacy...." Gertz v. Robert Welch,Inc., 418 U.S. 323,334,

94 S. Ct. 2997, 1 Media L. Rep. 1633, 41 L.Ed.2d 789.

YorYour Honor can this be feasible ?: **735 ILCS 5/2-1501 writs

abolished**  as witnessed and brought to your attention:

"The function which was prior to Jan. 1, 1979, performed

by a writ of execution to enforcement a judgement or order

for the payment of money, or by the

writs of mandamus, injunction, prohibition, sequestatration,

habeas corpus, replevin, ne exeat or attachment, or by the

writ of restitution in an action of forcible entry andde

detainer, or by a temporary restraing order, shall hereafter be performed

be performed by acpcopy of the order or judgement to be

enforced, certified by the clerk of the court which entered

the  judgemenyt or order.

The clerk's certification shall bear a legend substantially

as follows;:

I hereby certify the above to be correct.

Dated,_____; 735 ILCS 5/2-1402 Code of Civil Procedure p42 Civil Procedure 735 ILCS 5/2-1701

4/6/06

Of course I, Jason Edward Cohee, has done   that to-wit

hiterto and to comeforthright.  With the Best of his abilities.

He would like to diclaim any errors and

to   .claim an affirmed        solemn oath of honest

interpretation of the law, facts and names and de facto

groups named within text.


 Your Honor I do commend you for beari$^{ng}$   with me in the
matters of which we may become to be able to speak more fluidly
in.

  For your gracious patience the strictness of a Court,

that to which we both sit resolved:

    Of decision  of May 1884 In re FOX, "Circuit Court, S.D.

    New York.....In Equity....Wallace, J.

   "The complaint moves for an order fixing the master's

    compensation for his services oupon an accounting

    under an interlocutory dercree, and directing the

    same to be paide by the defendants."

   "The bill of the master, as certified by him, is not

    deemed unreasonable by either party, but the  contention

    is as to what portion of it should be  borne by each. The

    eighty-second equity rule  contemplates that the court

    shall charge the master's compensation upon such of the

    parties as the circumstances of the case render proper,

    but that rule is for the benefit of the master, and is

    to be enforced upon his application and for his protection."


   "It cannot be invoked by a party to enable him to collect

of the opposite party disbursements which he may have incurred, and which can be taxed as part of the costs in the final decree."

"By the laws of this state poproceedings cannot *410 be had as for a          contempt for the non-payment of money ordered by the court to be paid when the payment can be enforced by execution, and imprisonment for non-payment of costs is **abolished.**" [cool huh]

"The power of the courts of the United States to punish for contempt and imprison for non-payment of money Judge-ment of        is 'circumsized' [ oh shoot "cicumscribed"] and cont'ol ed by the laws of the state; and where an order made in the progress of the cause is of the      character in substance of a judgement or decree for the payment of money, it cannot be enforced upon the theory that disobedience is a contempt."....**Costs 102 key** **74**....'**C**ollection In **A**cted (CIA)'..."The 82d equity rule, 28 U.S.C.A. foll. § 723, Rule 68, cannot be invoked by a party to enable him to collect of the oppasite party disbursements which can be **taxed** as part of the costs in a final decree." v. FOX. *(Cite this p. 20 F. 409)*

By the way, Honorab^le/7 Mihm,J.,        -hitherto cost key, that dude  said, of which in inacted or hold on a minute unenacted to excactness, "The motion is denied."

                C.C.N.Y.  1884
                Mallory Mfg. Co. v. Fox
                20 F. 409

The % A default judgement based upon that holding alone will fail to regain recognization of the whole Body of combination

at particualer Bar issues Constitioutionally. I do believe as

"COHEE" that several ramifications can swell inside of "FOX".

Rules of individual prediciment  rival Jason's.

I'm willing of questioning your opinion, Honorably of

course.    Honor this as to what we can drawback. If we mesh

time honored tradition of     reason          the court

will
maintain certain order in the room.     "The  "clear and

present danger test" "COHEE" could still be in as much jeapordy

as of 'life and Limb' as were the "United Mine Workers of

America".

Re; Malicious Prosecution:
Thosed workers were forced to work after, Court

had audacity enough as of effect gaulled the men; "[13]....

    While everyone must be     concerned with min. safety,

    the matter has been considered and the principles of law

    laid    down that the principles of law laid down that

    the men in a mine cannot refuse to go to work because

    they feel that some safety hazard is involved....[I]

    have no alternative but to hold that the walkout was an

    intentional strtagem by the local union members to impose

    their will upon their employers..." or as this Drafter

    who has been forced to work by a court time and again  for

    We  Well maybe He has taken it on the chin and gone or as

    "COHEE" terms it

      "extraordinary rendition"  from court room 201.

      "COHEE" is not stupid.  I understand him well.

    If I can't stand my Groudnd for Him I am  a gonna get

    undermined.  My Safety is at Stake  .. if I do not protect

him.  If I do not do my damnedest as of          two
lower Courts to get off his      case and pursue as called
upon, he may not be able to live        inside or
under  my own skin.  I seriously doubt at 35 he's
stock boy material but yet he complies to Masters,
B. S. Cohlee and Judge Kouri's      Orders.

   Here's the Deal. WE or Just I, remove as an order and
Command from the Books of Law, United States Steel Corporation
v.  United Mine Workers of America et al., 393 F. Supp. 942,
77 Lab. Cas. P 11,091,  89 L.R.R.M. (BNA) 3170.

   Mr. Cohee  Orders the      execution of, "ROSENBERG", holder of
above case.      If the Honorable Justice Mihm,, Concurrs?
Granted that "Monster of W.D. of Penn. United states Steel
Corperation v. United Mine Workers of America et al.;
is still walking the face of this Earth.        . We couldn't
do it twice unless there was 42 U.S.C. §1985 involvement,
[JEC] suspects 95 such      ."I'm thisty". "Oh,,ya I guess I am too."
"Shoot, Darn I'm x tremely Hungry, also." "Quite
palatable would'nt ya say? I wonder whose gonna
goonna be read'n that which honors and respects the
Blue-Collar!!  "Hey      :I wonder when there gonna
come rescue us or bring our paychecks down here." "Well
   Ya know  well at least were not in jail," "Hecck I'd almost
rather be home with my ole lady". "Shit rather Fiick  TKfuII
that JUdge"!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Lincoln, the Bondsman tells the Story Polls told, "The oath of

31 of 48 (28 of 27)

office was administerded by Chief-Justice    Chase, and the President

delivered his second Inaugural Address as follows:---

   **Fellow-Countrymen:-**At this second appearing to take

the oath of the Presidential office, there is less

occasion for an extended address than there was at the

first,. Then a statement somewhat in detail of a course

to be pursued seemed very fitting and proper. Now, at

the experation of four years, during which public declarations

have been constantly called forth on every point and phase

of the great contest which still absorbs the attentions

and engrosses the energies of the nation, little that

is new could be presented.

   The progress of our arms, upon which all else chiefly

depends, is as well known to the public as to myself, and

oit is, I trust, reasonably satisfactory and encouraging

to all. With high hope for the future, no prediction

in regard to it is ventured.

On the occasic_n corresponding to this four years ago,

all thoughts were anxiously directed to an impending civil war.

All dreaded it, all  sought to  avoid it,. While the

inaugural address was being delivered from this place,

devoted altogether to saving the Union without war, insurgent

agents were in the city, seeking to destroy it with war---

seeking to dissolve the Union and Divide the effects

by negotiation. Both parties deprecated war, but one of

them would make war rather than let the nation survive,

and the other would accept war rather than let it

perish, and the war came.        One-eight of the whole
population were colored slaves,  not distributed generally
over the Union, but localized in the Southern part of
it.  These slaves constituted a peculiar and powerful
interest.  All knew that this interest was  somehow the
cause of the war. To strengthen, perpetuate, and extend
this  interest was the    object  for which the insurgents
would rend the Union by war, while the Government claimed
no right to do more than to restrict the territorial
enlargement of it.

Neither party expected for the magnitude or the duration
which it has already attained.  Neither anticipated
that the cause of the conflict might cease, or even
before the conflict itself should cease.  Each looked
for an easier triumph, and a result less fundamental and
astounding.

Both read the same Bible and pray to the same God,
and each invokes His aid against the other.  It may seem
strange that any men should  dare to ask a just God's
assistance in wringing their bread from the sweat of
other men's faces, but let us judge not, that we be not
judged.  The prayer of both could not be answered.  That
of neither has been answered fully.
The  Almighty has His own purposes.  Woe unto the world
because of offences,  for it must needs be that offences
come, but woe to that man by whom the offence cometh.
If we shall suppose that American slavery is one of

these offences which,   the providence o^f God, must needs come,
but which having continued through His  appointed time, He
now wills to remove, and that He gives to both North and
South this terrible war as the    due to those by whom the
offence came, shall we discern there any departure from those
Divine attributes which the believers in a living God
always ascribe to him ?  Fondly do we hope, fervently
do we pray,  that this  mighty scourge of war may speedily
pass away.  Yet if God will that it continue until all
the wealth piled by the bondsman's two hundred and fifty
years of unrequited toil shall be              -sunk,
and until every drop of blood drawn with the lash shall
be paid by another drawn with the sword, as was said
three thousand years ago, so, still it must be said
 that the judgements of the Lord are true and righteous
altogether."

"With malice towards none, with charity for all, firmness
in the right as God gives us to see the right, let us
finish the work we are in, to bind up the nation's wounds,
to care for him  who shall have borne the battle,
and for his widow and his orphans, to do all which may
achieve and cherish a just and a lasting peace among
ourselves and with all nations."


The pictureque wisdom was gifted to the troubled
Union under the color;

          "[h]is re-inauguration was a striking one.

34 of 48 (23 & 27)

The morning had been inclement, strorming so violently
that up to a few minutes before twelve o'clock it was
supposed that the Inaugural Address would have to be
delivered in the Senate Chamber.  But the people had
gathered in immense numbers before the Capitol, in spite
of the storm, and just before noon the rain ceased and
the clouds broke away, and, as the President took
the oath of office, the blue sky appeared above,
a small white cloud, like a hovering bird, seemed
to hang above his head, and the sunlight broke through
the clouds and fell upon him with a glory,  afterwards
felt to have been an emblem of the    martyr's <u>crown</u>,
which was so soon to rest upon his head."

As this author continues to release privy information as of
dissemination that was compiled of certain matters of whom
the Ordainer of issues and addressor of the Country uses

       in Good Faith Standard by verbiage of and anothor
authors connectors to Anchor the era in time as the Common Law,
Mr. Cohee  weaves literally together.  President, Abraham Lincoln's
words as Excecutive and Henry J. Raymond'd explanation of
the President's reason of, Public Appeerance:

       "One of the acts passed by Congress near the close
       of the session was an amendment of the laws for calling
       out the National forces, one provision of which  directed
       the President to issue a proclamation, calling upon
       deserters to return to their duty within sixty days.
       Accordingly, on the 11th of March, the proclamation
       was issued as follows:---

                    35 of 48 (24of27)

**A PROCLAMATION.**

**Whereas,** the twenty-first section of the act of Congress, approved on the 3d instant, entitled **"An Act to amend the several acts heretofore passed to provide for enrolling and calling out the national forces and for other,"** requires that in addition to the other lawful penalties of the crime of desertion from the military or naval service, all persons who havedeserted the military or naval service of the United States who shall not return to said service or report themselves to a **provost-marshal** within sixty dysdays after the proclamation hereinafter mentioned, shall be deemed and taken to have voluntarily relinquished and forfeited their citizenship and their risright to become citizens and such deserters shall be forever incapable of holding any office of trust or profit under the United States, or of exercising any rights of citizens thereof; and all persons who shall hereafter desert the military or naval service, and all persons who, being duly enrolled, shall depart the jurisdiction of the district in which they are enrolled, or go beyond the limits of the United States with intent to avoid any draft into military service duly ordered, shall be liable tothethe penalties of this section; and the President is hereby authorized and required forth-with, on the passage of this act, to issue his proclamation setting forth the provisions of this section, in which proclamation the President is requested to notify all deserters returning within sixty days as aforesaid that they shall be

36 of 48 (25 of 27)

pardoned on condition of returning to their regiment and

companies, or to such other organizations as they may

be assigned to, untill they shall have served for a

period of time equal to their original term of enlistment:

Now, therefore, be it known that'We, as the"UCLU"

Fed, Civ. **RRule 23.2 of** Standard to operateAforesaid

Proclamation'([as original: I, Abraham Lincoln,

President]) United States;do this as An Illinois

civilian and amAmerican Citizens'([as original:

ι do issue this my procamation

as required]) by said act, ordering and requiring

all deserters to return to their proper posts; and

We U[9[(I)]ddohereby notify them that all deserters

who shall'expidited, orderly, and in community fashion
([who shall within sixty days])
from' the date of this proclamation;viz., on or before

'the date upon this reFederal Judgeship District Court's

"Injunction" as of pertain to its Peoria, Illinois

Air  National Gaurd, retu rn to service in    IL

or report themselves to the **provost-marshal**, shall

be pardoned on the question and or condition of

 that they retun   . to their civilian citizen jobs

and their Family, Friends and Firmly manage each individuals

personal affairs as      ` comp  ant ly as possible but

yet remain set  for any Peace keeping matters that could arise

within the    State    '.

Jason Edward Cohee comesforth with request as a concerned citizen for

the safety of the People of the State of Illinois as left to fend

for theirselves.

"COHEE" claims the State of Illinois has jeoporidized the
State of the Union.  When the Counterfeit Procedures of several
Constitution Law violations Illinois Practices    _

is  of negative eigen value. possibly in so much to
be a disruption at common Law.  Since Mr. Cohee is     rather
green at the practice of law. His vast repertoire of
insight should not-     be disregarded   greenness
at the practice of the Law.

Much of the previous historiclal commentatary and insight
was realized in a treasured family heirloom.  As titled
and to give due credit:

PREFACE (of aforecited material)

"During the Presidential canvass of 1864, the author
of this work prepared for its publishers a volume upon
the Administration of President Lincoln.  Its main object
was to  afford the American people the materials for
forming an intelligent judgement as to the wisdom of
continuing Mr. Lincoln, for four years more, in the
Presidentiaal office."  "The  LIFE NAND PUBLIC SERVICES
of ABRAHAM LINCOLN, Sixteenth President of the
United Sates, Together With HIS STATE PAPERS, including
His Speeches, Addresses,  Messages,  Letters, and
Proclamations, and the closing scenes connected with
his life and death. by Henry J. Raymond.,to which are
added, ANECDOTES and PERSONAL REMINISCENCES of PRESIDENT
LINCOLN,  by Frank B.Carpenter.,  NewYork: DERBY and
MILLER, PUBLISHERS, No. 5 Spruce Street.(1865).
Entered according to Act of Congress, in the year
of 1865,  By DERBY & MILLER,  In the Clerk's Office
of the Clerk's Office of the Disrict Court of the
Southern District of New York. Press of Van Benthuysen,
Albany.%

May Your Honor, Mr. Cohee, courts instrument of the
Circuit Court of the Tenth Judicial District of Illinois,
of Peoria County. Beg for Mercy.

38 of 48 (27 of 27)

ABSTRACT (W.) - (DUAL NOTED) of O6-CV-1073-
1:06-cv-01073-MMM-JAG · #9    Page 42 of 70
-MMM-JAG - "Cohee"-
Fed case No.
-v.- (move)nt.
-State of IL or Ill.-
(Add) + E+aIl (Def.)
(Res.)

## AMENDMENT NINE

### RIGHTS RETAINED BY THE PEOPLE

AMENDMENT (9)

The enumeration in the Constitution, of certain rights,
shall not be construed to deny or disparage others retained by
the people.

28 U.S.C. §540C   vs.   Constitution of Illinois at;
    FBI Police              § 22. Right to Arms

CONSTITUTION OF THE UNITED STATES OF AMERICA, AMENDMENT @TWO
### BEARING ARMS

Part D. FIREARMS (Respondent must be present in court
orhave or have had actual notice of these proceedings before
a turnover of firearms can be ordered.).  That as to which
appears on FORM #32R 6/1/05. We have had a discussion on
the constiontutional avail of Emergency Orders of Protections
to qualify under gifted 'Unailienable Rights" §1 of Illinois
Constitution.

Upon Brenda S. Cohee's request, she was able to have the
Peoria County Sherriff's Deputy take one of My firearms.
The Judge she stood before in ex parte assemblance granted
here an order of protection. She did not even claim a crime
of any violence.  Just that I mishandled an unloaded gun
in her presence. There was no threat to harm anyone. At that
time her and I were going thru some difficult times in our
marriage. There is more to the story than that, but yet
the only real pertanent question the Police asked me was if I
pointed a gun at here.        Explained myself to the best
of my ability and they seemed satisfied  that I had done
nothing wrong.

But yet, still they asked me to leave my abode. I stayed with
my parents for three days.  All this occured the day I was
served the papers. The night before was when the Cops took
a Shotgun from the residence which somehow Ms. Cohee allowed.

At the time I was acard carring member of the National
Rifleman's Associaton and had a valid FOID card under color of
430 ILCS 65/8 (n).. "[A] person who is prohibited from aquiring
or possesing firearms          or fire arm ammunition
by any LIllininios State statute or by federal law." ?

430 ILCS 65/15 Severability clause.. "[I]f any provision of this
Act or application therof to any person or cicumstance is
held invalid, such invalididity does .....provision of this
Act are declared to be severable.

First, show me the Federal Law and then according of language
of 750 ILCS 60/214. Order of protection, remedies.
Subsection (b) at (14.5) onpp. 539. "[T]he period of
     safe keeping shall for a stated period of time not to
exceed 2 years. The firearm shall be, returned to the respondent
at the end of the stated period or at exp. eration of the
order of protection whichever is sooner." Sothe

As stated  60/214(b) 14.5 "[b]e turned over to the local law
enforcement agency for safekeeping."

                                          of aforementioN the
Well your Honor under color of this statute,        Peoria county
sheriffs Department have stolen My weapon. They have not complied
with statoury obligations It has been over 2 years.

2nd Count onSherriff's Office in the same spot(14.5)

          (a)  When a complaint is made under a request for an
          order of protection, that the respondent has threatened

or is likely to use firearms illegally against the
petitioner, and the respodent is present in coutt or
has failed to appear after actual service'reciept'
the court shall exam ᵒⁿ oath of the petioner..."

B. Sue   Cohee a person that does not or ever has had one ᵒᶠ

those  FOId Cards let the pOlice take my weapon when

I was not home. Not only was I not home I was not

even aware that any such action had comensed against

me.The  Basics of the issue is I hadn't even been

served, let alone      -been to COURT!

60/214(e)  **DENIAL** OF REMIDIES....

Your honor other than ᵂᵃˢ(2) Responddent was voluntarily intoxicated;"

 and then heck I suppose  i'll look into 750 ILCS 60/221... α✝

**Contents of orders.**

   In case# 05 op 917, B.s. Cohee., at PART D. FIREAMS

(Respondent must be present in court or have had actual notice

of these proceedings before a tunover of firearms can be

ordered.)  Under this section (R14.5) B.s. Cohee checked

box at 1. "that the Respondent be ordered to beturn over

any and all firearms in his/ possesion to a law enforcement

agencey because: x has used or threatened to use firearms against

me,and/or has a history ...."COHEE" has no FOID card and is a

law abiding citizen for the most part.  One incident, other

than contempt counts.

B.S. also checked this box, "may be a threat to the safety

of the public or police officer when encountered." AM NOT!

 I am of the ability, to find     aforementioned answergd quoᶠ

questions answered questionabl    by petitioner. It might be

difficult though I do not see any statutes  in PART D.

(3 of 10) 41 of 48

Chapter 735 ILCS 5/ 11-101 - Code of Civil Procedure furthers

demolitition of any type of protection or restraining orders

of the familiel varity. Part 1. In General.

**5/11-101. Tempory restraining order.**

Could the Court define facts, or hard evidence.

[No temporary restraining order shall be granted without

notice to ~~party~~adverse party unless it appears from

specific facts shown by affidavit.or.by the verified

complaint that.._____...."

How and why thi ns esre let to happen I have no idea.

Illinois Code of Civil Produre p.158, Part 2. Domestic Violence.

5/11-201. Repealed.

5/11-201. § 11-201. Repealed by **P.A.** 82-783, Art. III, § 44,

eff. July 13, 1982..!!

"Cohee once again conspires to deduce that these acts

of the minipulation of parental rights coincide with:28 U.S.C.A. ~~USCA~~

§1350 note 33.  "....wrongful acts committed in violation

of the laws of nations,where they caused injury to the child's

father, in that he was deprived of custody to which he was

entitled under Lebonese law, he could bring an action in·····."

The penalties severeness is unknown at present."[L]ebanese

law."·····"Abdul-Rahman Omar Adra v. Clift, D.C.Md.1961,

195 F.Supp. 857.

The accusation of theft of guns is quite serious.  Carry to

point of fact, §540C FBI police.."(4)(A)(iii) "carry firearms as may

be required for the performance of  duties; I(ii) in the ~~general~~

performancenofof   duties necessary for carring out subparagraph

(A), make arrests and otherwise enforce the laws of the United

States, including the laws of the District of Columbia;(A)In general
....."

   Uponnreview of  § 540C."~~department~~ OF ~~justice~~" FBI police at
(4) "Authority".
§ 540C.(5)"Pay and Benefits.....[T]he rates of basic pay......
of the FBI police shall be equivalent, and.benefitsand behefits
......of the United States Secret Service Uniformed Division."

   "COHEE" sees that there are laws of the District of
Columbia that are included to laws of the United States.
He wonders if there are laws he is not aware of.  Is Washingnton,
D.C. more so like  a ·Territory. If it does not have its
own constitution that would be said case.  And if it has

   no seperate, such as each of the 50 States to what
rational basis are D.C.'s law drawn from.

   At  §540C(4)(A) ... .....(v) hold the same powers as sheriffs
and constables when policing FBI buildings and grounds."
Then again  This is an arguement based on  a 2nd Amendment
right, but yet to  try and confirm the two sections in the
State of IL Constitution also. §22."Right to Arms." and
§21. **Quartering of Soldiers.**

   "No soldier in time of pOpeace shall be quartered in a

   house without the consent of the owner; nor in time of

   war except as provide by law."

The gift I, Jason Edward Cohee, gave to Illinois and the President
was what is called enlisting in the Social Services Administraton.
I signed up for the draft or to be Drafted to the best of
my recollection.

So as seen at 50 U.S.C.A §1631." **Declaration** of national emergencey by Executive.......declares a national emergency, no powers or authorities made available by statute....until the President specifies the povisions of law under which he proposes that he,or              --"officers will act."

Let's        say, an internal uprising happens, and my Préident, State, and Country need my  Armed performance, how will I perform with Arms of to which are my own.  Also, would I even be able to keep my end of the bargain *of*  the State And Country gifting me a Free Education when  the      Call had been given.

At times and under a visionary Terror Alert the aspect of Terrorism becomes Mooted.  When people start to realize who is actually breaking the law and terrorizing them, an Ugly situation could arise.

As a, Militiaman, most likely under color of "Military Selective Service Act of 1967  all I have is my Pen and "PRINTING PRESS! (AKA.Type writer)

**I have not been drafted so therefore I should not be a SUBJECT OF orders.**

2 Black, Prize Cases, "

III. In civil war, those at least who take no voluntary part in it are entitled to all the rights of citizen s and subjects, from the lawful government and its courts; to all <u>presumptions</u> of the country in their favor as to person, conduct and property. In International war, from its inception, the subjects of the enemy are entitled

to no rights from the sovereign of the other courts,
nor in his courts..."

IV,,,.For all these reasons, the <u>presumption</u> of enemies
does not apply in the same manner to both kinds of war.
International wars are properly territorial;
**civil or intestine wars are properly PERSONAL...."**
PRIZE CASES, 2 Black 635-699, 67 U.S.459 at 474, (Dec 1862)

"1. The whole nation is a single people. Its government
is administerded by seperate functionaries, one class for
general and extenal affairs, the other for local and
internal matters: but the people are not, by this,
divided into    separate States or nationalities
for any purposes,..." Ibid 474.

"VI. The power of declaring war is the highest sovereign
power..." Ibid at 475. Other hathan that    held at
Black's Law p. 1350 8Ed. "[r]ight of family integrity.
A fundamental right for a family unit to be free of
unjustified sate interference *....The  right restricts
state action under the    Fourteenth Amendment.

Interference is not permitted in the absence of
compelling state interests and is reviewed under a s
strict-scrutiny standard...(see Parental-Autonomy Doctrine;
Parent 1-Privilege Doctrine. Cf. freedom of intimate
association under Freedom of Association."

Mihm., J you have    read this once at p. 28-29 of
06-1073   supplement. You should have at least nbeen able ti
to decip he r a concern for a child. Even if you couldn't

(7 of 10) 45 of 48

understand clear LEGAL direction Of To issue of Writ of Hb

%Habeas Corpus.  If I couldn't count on you then I

sure can't ,            **NOW-NOT-LATER.   ORDER REQUEST**

                           **OF "COHEE"s"**

  OR RETIRE

    CALL

ready to CHECK.  Balalacing on a thin LINE!

    Pusuant, Master Jason Edward Cohee's

**MTION TO ENACT AFFIRMATIVE DEFENSE PROCEDURE#**

           **FED. R. CIV.    PROC. Rule 15.**

**Incorporate.** "[a]11 the powers necessary to attain the great

      objects recited in the preamble, viz.:

          "to form a more perfect Union, establish justice,

      insure domestic tranquillity, provide for the common

      defense, promote the general welfare, and secure the

      blessings of liberty to  ourselves and our posterity

      ....." 2 Black 635,638. IS OUR AMERICAN PREAMBLE.

                        *Submits Rospectfully,*
                        Jason Edward Cohee


                        9805 Trivoli Rd.
                        Glasford IL 61533
                        (309)389-4511
                        pro-se (non-professional)

      **Title 28 U.S.C.    §1338**
      ..UNFAIR COMPETITION....???
      *Imply 28 U.S.C. §2201. Creation*
                        *of*
                   *Remedy....*


               *(8 of 10)  46 of 48*

case number 04-d-499 pray to anyone that of noted prima

facie fact and "COHEE's" "Clear and Present Danger"

acknowledge his ability of that basic fact to-wit enough,

**REQUEST:**

**MOTION FOR LEAVE TO FILE FIRST AMENDED AFFIRMATIVE DEFENSES,**
NOW BEFORE THE COURT:

Pursuant to Fed. R. of Civ.Pro. **RRULE 15** and incorporating

The Memorandum of Law filed in support    of **PROCLAMATION !**

Is this enough Law by now or Honorable Mihm or His Honor

Gorman, believe I need to come before court with 'tort

action".

" "Constitution of the State of Illinois," "Date Effective"....

"Generally Effective July 1st, 1971",

PREAMBLE

"We, the People of the State of Illinois---grateful to

Almighty God for the civil,@@@@@¢and religious liberty which;

.....eliminates poverty and inequality; asure legal, social,

and economic justice;"

Your Honor, of whom this sits before, I comeforth with

explanation to point in fact of hitherto United States of

America's Citizens Preamble has been challenged, but yet

accentuate with a taxing provisional statement of stare decisis

comradery of ArticleIV.

(79 L. ed. 1048) "Headnote 3," Constitutional Law,"....

[d]ue process clause of Fourteenth Amendment denies

to a state any power to restrict or control the

obligation of contracts executed and to; Alaska

Packers  Association v. Industrial Accident

(9of10) 47of 48

Westlaw.

**Effective: [See Text Amendments]**

United States Code Annotated Currentness
   Title 28. Judiciary and Judicial Procedure (Refs & Annos)
      Part VI. Particular Proceedings
         → Chapter 151. Declaratory Judgments (Refs & Annos)

**§ 2201. Creation of remedy**

**(a)** In a case of actual controversy within its jurisdiction, except with respect to Federal taxes other than actions brought under section 7428 of the Internal Revenue Code of 1986, a proceeding under section 505 or 1146 of title 11, or in any civil action involving an antidumping or countervailing duty proceeding regarding a class or kind of merchandise of a free trade area country (as defined in section 516A(f)(10) of the Tariff Act of 1930), as determined by the administering authority, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

**(b)** For limitations on actions brought with respect to drug patents see section 505 or 512 of the Federal Food, Drug, and Cosmetic Act.

**Effective: [See Text Amendments]**

**§ 2202. Further relief**

Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment.

Current through P.L. 109-169, P.L. 109-173 approved 02-15-06
END OF DOCUMENT

*Respectfully Submitted,*

*Jason Edward Cohee*
*9805 S. Trivoli Rd*
*Glasford, IL 61533*
*pg (309-389-4511*
*S.S. card #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*
*As our Independent Council*
*Born on date 6/21/70*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

*(10 of 10) 48 of 48*

*Federal Court*

**THIRD DISTRICT** . **APPELATE COURT OF ILLINOIS AT OTTAWA**

Jason Edward
JE Cohee
   v. *Appellant*

R.S. Cohee
   *Appellee*

Trial case no. 04-D-499

General case no. 3-06-0048

### PAUPER'S OATH

State of Illinois

County of Peoria

I, Jason Edward Cohee, solemly affirm that, oyjng to my
poverty, I am unable to bear the expense of an appeal to the
next term of the Third District Appelate Court, sitting at Ottawa,
Illinois, an interlocutory order rendered against me in the
Tenth Judicial     Circuit Court of Peoria County, Illinois,
which appeal was allowed to me on execUting bond or taking
pauper's oath as prescribed by Law; and I swear that I am
fully entitled to the relief which I seek by the appeal,to
the best of my belief and knowledge.

    I further affirm and pray for this relief to be granted
as a resident and citizen of the State of Illinois.

dated: 4/25/06

Needfully submitted,

*Jason Cohee*

Jason Cohee
 pro se litigant
 805 Trivoli Rd.

Glasford, IL 61533
ph. (309)697-4001

"OFFICIAL SEAL"
Jennie M. Righi
Notary Public, State of Illinois
My Commission Expires 08/18/2009

This instrument is here by solemly Sworn before me,
as a notoraly of the public as well a signed and affirmed
by by Jason Cohee, Folo Affirm.

*Federal Court*

FILED
CLERK OF THE
[illegible]

THIRD DISTRICT APPELATE COURT OF ILLINOIS AT OTTAWA

2006 APR 26 P 4: 15

ROBERT M SPEARS

Jason E. Cohee
   Appellant

         v.

Brenda S. Cohee
   Appellee

Trial case no. 04-D-499

General case no.3-06-0048

### PETITION FOR EXTENSION OF TIME TO FILE BRIEF

   Jason Edward Cohee, as pro se litigant, petitions the court for an extension of time for a period of Twenty-one days in the filing of a brief in the above entitled matter.

   To support with this, "[t]he instant case, the Appellant duly proceeded from the District Court in forma pauperis and without aid of        assigned counsel.  His notice of appeal filed in a timely fashion. "Mr. King diligently proceeded to appeal....." 443 F. 2d 273,276 [2], U.S. Court of Appeals,Sixth Circuit (May1971)

   In presenting the application to the court, petitioner relies also on the attached affidavit , marked Exhibits as to which is made a part of this pleading, praying that the evidence will grant relief from burden placed upon Mr. Cohee.


Dated: 4/25/06

                    Needfully submitted,

                    *Jason Cohee*

                    9805 S. Trivoli Rd.
                    Glasford, IL 61533
                    ph. (309) 697-4001

(1) of 1

*Federal Court*

**THIRD DRISTRICT APPELATE COURT OF ILLINOIS AT OTTAWA**

Jason E. Cohee
  Appellant

      v.

Brenda S. Cohee
  Appllee

FILED
CIRCUIT OF THE
PEO...

2006 APR 26 P 4: 15

ROBERT M SPEARS

Trial case no. 04-D-499

General case no. 3-06-0048

**AFFIDAVIT OF MERITS ON CERTIFICATE**

State of Illinois
County of Peoria

Jason Edward Cohee, pro se litigant, being first sworn on
oath deposes and says:

1) Affiant is the attorney of record for appelant, and had
sole charge of the trial of this cause for and on his behalf
as defendant in the court below.

2) No other attorney has appeared for appellant and
affian is his own counsel and sole representitive.

3 This appeal was perfected by Supreme Court Rule 303 thru
timely filed interlocutory notice of appeal filed on the
Eightteenth of January in 2006 and pursuant to the rules of this court
court, the time for appelant to file and serve his appellant
Brief will expire on Twenty-sixth of April in 2006.

4) Continuously,between the dates of April, Fourth and
April, Twentieth, affiant was incarcerated, suffering great
pain and duress, and wholly unable to attend to any of the
affairs of affiants life; and since the last mentioned date,
affiant has been diligently engaged in the preparation of
a brief on behalf of self to be filed and served in this cause;
but the cause involves question of:

(1) of 5

Statements as Standard of Review; (i)(ii), (iii):

i  Whether or not a reasonable person would agree that the manifest weight of the evidence as to have limitations to "Limit Major Life Activity".

a) Re: Marriage of Harvey, 136 Ill. App. 3d 116, 91 Ill. Dec. 115, 483 N.E. 2d 397, (Ill. App. 3 Dist.1985).


ii) Whether or not, Mr. Cohee's due""Due Process" rights have been violated in trial case no. 04-D-499 which has lead to violation in general case no. 3-06-0048.

a) 750 ILCS 5/508 (c)(3), "[T]he court shall first consider written engagement agreement...."p.390.


b)  Argersinger v. Hamlim, 407 U.S. 25, 92 S.Ct. 2006, (Dec 1972), " The Supreme Court, Mr. Justice Douglas, held that absent knowing and intelligent waiver, no person may be imprisoned for any offense, whether classified as petty, misdemeanor, or felony, unless he was represenrted by counsel at his trial." holding of the COURT.          civil contempt appeal

The Betts holding of this State in aforesaid decision will be overturned at [43], "[W]e hold that indigents faced with jail sentences for indirect civil contempt are not entitled to court appointed counsel...."beyond irony clear to an atrocity of Justice !  Re: Marriage of Betts 146 Ill. Dec. 441, 446, 558 N.E. 2d 404 (Ill. App. 4th. Dist. 1990).

(2) of 5

c) A plea of monsturious perpetuity from the Court, Highest in
the Land, to explain in clear   language action can only
be brought as a Defendant given a stake in presentment.
As the Court states thru Mr. Justice Clark, "[a]s the cases
multiply in the several sections of the country we find
one-half of the courts of the country arrayed against the other
Upon the same identical law;...So, Mr. President, that
condition, excists, and must continue to excist, because, as the
law now stands, until a case involving the question shall go to the
Supreme Court and it is brought there by the    defendant *436
there can be no adjudication by a court whose decision and
judgement is controlling *** The bill is intended to cure a defect
in the administration of justice." United State v. Mersky, 361 U.S.
361 U.S. 431, 435, 80 S. Ct. 459 (Feb. 1960). As forced into
Minister own Defense, the reality is upon us.

Author, Mr. Cohee,        Defendant  in need to mention
The "Hatch Political Reform Act"    acknowledged at law.
Civil Remedy enacted in Title 5 U.S.C. §§ 1501-1508 [Short
title "Hatch Act", Section 1502 (a) states: A state or local
officer may not- 1. use his official authority or influence for
the purpose of interfering...." 8 A.L.R. Fed. 343.

d) The essayist felt the obligation to draft this narrative,
in order to make of formal mention    8 A.L.R. Fed. 343 has
been heard at United States District Court in the Central
District of Illinois at Peoria. As case numbered, 1:06-CV-
1073-MMM-JAG-Cohee-v-State of Illinois, et alii.

iii)  Whether or not Mr. Cohee's duress is due to his felt clear and present danger warrants Breach of Peace or Contract to defame his intellectual Property ?

a) Title 18 U.S.C.A. §1581 as captioned. " Peonage; Obstructing enforcement at (b) Whoever obstructs or attempts to obstruct, or in any way interferes with or prevents....shall be liable...."

b) To demonstrate as a class of people; "[t]he traditional justification for punishing libels criminally namely their tendencey to cause breach of the peace " Beauharnais v. People of the State Of Illinois, 34? U.S. 250, 72 S. Ct. 725, 729 (April 1952) reh. den.(June 1952) see 343 U.S. 988.

c) The individual also is restrainrd by this, "CONSTITUTIONALLY RECOGNIZED" THAT CRIMEhas provided for punishment of false, malicious, scurrilous charges against individuals...., IBID 272.

d) Mr. Cohee is able to decide as to his own right the course in life to take, per Mr. Justice Bradley's dissent, "[d]epriving a large class of citizens of the privilege of pursuing a lawful employment, does abridge the privileges of those citizens." Slaughter House Cases, 83 U.S. 36, 122, 1872 WL 15386 (U.S. La.) 16 Wall. 36, (21 L.Ed.394).

5)  Appellant earnestly and in good faith    desires to prosecute claim and believes that such party has sound grounds presented, therefor with the manefest weight of combination of particulars.

dated 4/25/06                          Respectfully submitted,

(4) of 5  *[signature]*

Once again respectfully,

Jason Cohee
        prose litigant

9805 Tritoli Road
Glasford IL, 61533
Ph. (309)889 4511
S.S.Card# 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
Born on 6/21/70

(5) of 5

**FedEx Ground — CUSTOMER SHIPPING RECORD**

OP-253WSC REV. 1/05 LOC

DATE 01/26/08

PACKAGE INFORMATION

TRACKING NUMBER

CONTENT DESCRIPTION: Documents

WEIGHT (LBS) 2

DECLARED VALUE $

TOTAL CHARGE $ 5.90

DOES THIS PACKAGE CONTAIN DANGEROUS GOODS? YES ☐ NO ☐

FOR CUSTOMER SERVICE, OR CLAIMS INFORMATION CALL 1.800.GO.FEDEX (1.800.463.3339)

BASE RATE $

TOTAL $ 5.90

FROM: (PLEASE PRINT CLEARLY AND PRESS HARD)

SHIP TO: (PLEASE PRINT CLEARLY AND PRESS HARD)

I, Shipper, acknowledge that I have verified the shipping information on this WSC Customer Shipping Record and agree that the package(s) are hereby tendered to FedEx Ground Package System, Inc. and are subject to all terms and conditions of the FedEx Ground Service Guide, Tariff 200, and the terms and conditions on the reverse of this Record, each as in effect at time of shipment. FedEx Ground, its affiliates and contractors will not be responsible for any claims in excess of $100 per package whether the result of loss, damage, delay, non-delivery, mis-delivery or misinformation, unless you declare a higher value and pay an additional charge. I certify that all the package(s) legally tendered contain no hazardous materials.

CUSTOMER SIGNATURE acknowledges acceptance of the Terms and Conditions found on the reverse of this Customer Shipping Record and in the FedEx Ground Tariff. The FedEx Ground Tariff may conveniently be found at "www.fedex.com".
**PLEASE REVIEW IMPORTANT TERMS AND CONDITIONS ON REVERSE.**
**THIS RECEIPT IS REQUIRED FOR FILING CLAIMS.**
GREEN - CUSTOMER

TOTAL NO. PKGS

7218290

Once again, respectfully,

Jason Cohee
pro se litigant

5 Trivoli Road
Sport I L, 61533
(309)380-4511
and # 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
on 9/10/70

**FedEx Kinko's**
Office and Print Center

3447 N UNIVERSITY ST
PEORIA, IL 61604

Location:       PIAK
Device ID:      PIAK-POS2
Employee:       549494
Transaction:    250037693972

GROUND
4684205595540978    1.50 lb (S)        $5.90

Shipment subtotal:                      $5.90

**Total Due:**                          **$5.90**

        Cash:                           $10.00

        Change Due:                     $4.10

M = Weight entered manually
S = Weight read from scale
I = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
         1.800.463.3339

April 26, 2006 6:24:44 PM

Part # 156297-435 RIT 02/06

---

| | Total Charges | $5.90 |
Cash
Emp # 549494

---

Once again respectfully,

Jason Cohee
prose litigant
9805 Trivoli Road
Glasford IL, 61533
ph. (309)389-4511
S.S.Card# 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
Born on 9/10/70

**FedEx**    1 of 1
4684205595540978

| SPH | OS | ADDH | Rest | Wgt (lbs) | DV | Total Chg |
|---|---|---|---|---|---|---|
| | | | | 1.50 | $0 | $5.90 |

Part # 156297-435 RIT 02/06

FILED

MAR - 6 2006

THIRD DISTRICT
APPELLATE COURT CLERK

Re:  Cohee

V.

— ? —

General case no. 3-06-0143
Circiut court no. 04-D-499
re. Marriage of Cohee,
Brenda and Jason

**ANSWER**

The judgement referred to as appelate Court's rule to show cause,
of an unappealable order, copy of which is incorporated by reference,
is void on its face as in excess of the jurisdiction of the court
that rendered the judgement, in that:

a)  **S. Ct. Rule 306(a)(7)** which states :

" (a)  Orders Appealable by Petion.  A party may petion for leave
to the Appelate Court from the following orders of trial court:
(7) from an order of the 'trial' circuit court granting a motion
to disqualify the attorney for any party;".

In God We Trust that the petition of notice of appeal will be
heard, by; The Third District Appellate Court of Ottawa, Illinois.

We pray for relief in the form of a docketting statement
issu:.ed according  to procedure.  May we stand upon the
" **Illinois Equal Justice Act** " Act 765 ?

Respectfully submitted,

Jason Edward Cohee
9805 Trivoli Rd.
Glasford, IL  61533
ph. no. (309)-697-4001

Dated 3/6/06

# STATE OF ILLINOIS

## THIRD DISTRICT APPELLATE COURT



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

05/02/06

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

Mr. Jason Cohee
9805 S. Trivoli Road
Glasford, IL  61533

      RE:  General No.  3-06-0143
          Circuit Court No.  04D499
          County of  Peoria
          Marriage of Cohee, Jason and Brenda

The Court has this day entered in the above entitled cause the

following order:

          Appellant's Application for Leave to Appeal,
          pursuant to Supreme Court Rule 306A(7) is
          dismissed for lack of an appealable order. APPEAL
          DISMISSED.
            Consisting of the panel of Justice Tom M.
          Lytton, Justice Mary W. McDade and Justice Mary K.
          O'Brien.

                *Gist Fleshman*

          GIST FLESHMAN, Clerk
          Appellate Court
          Third District

cc: Ms. Brenda Cohee
    Mr. Robert Spears, Circuit Clerk

COHEE, JASON E
Room  #4009 400A I
MRN   1234709
Acct  #9002199
Adm.  04/13/2004

DOB  06/21/1970

**OSF Saint Francis Medical Center**-Peoria

*A Major Teaching Affiliate of*

**UIC**
**College of Medicine**
**at Peoria**

CONSULT REPORT
Page 1 of 2

CC1 Copy

HERBERT WEINSTEIN, M.D., Consulting Physician
MARSHALL UIC TRAUMA, Admitting Physician
NORMAN C. ESTES, M.D., Referring Physician 1
ROMEO KABATAY, M.D., CC1

CONSULT DATE:  04-14-04.

HISTORY:  This 33 year-old free lance carpenter was admitted through the Emergency
Department in the wee hours of 04-13-04 after being found by his pickup truck which
apparently had rolled several times.  This apparently occurred about 12:15 AM on 04-13.
He was brought to the Emergency Department by Life Flight and, after initial workup for
brain injury and bleeding in his abdomen, he was taken to surgery to have a splenectomy
done.  I was called the following morning because on the cerebral CT there was a question
of facial fracture.

I saw him in the Medical Intensive Care Unit on the ventilator with an endotracheal (ET)
tube in place and a C-spine collar in place.  He had no facial lacerations nor any marked
swelling.  Apparently he had a laceration on his back which was the only violation of the
skin to speak of.  He is one that generally would not wear a seat belt.  He was heavily
sedated.  He was unresponsive to pain.

EXAMINATION:
Pupils small, too small to react to light.
His orbital rims and zygomatic arches appeared to be intact.  There was no ecchymosis
around the eyes or the nose.  His nose was mildly deviated to the right in the bony
pyramid, but his septum was straight and he had good airways through his nose without any
trace of blood in the nose.
His teeth were examined as best possible with the ET tube in place, but there did not
appear to be any fresh chipping of the teeth.
Both tympanic membranes were intact and normal without any evidence of hemotympanum or
blood in the canals.

Facial fracture films were then reviewed which were done around 1700 on 04-13-04 and read
on 04-14-04.  There is no evidence of facial bone fractures identified, although he has
some blood with air fluid levels in the maxillary sinuses and ethmoid sinuses.  His
mandible is intact as well.

I do not feel he will need any surgery on his face or facial bones or mandible.  Because
of the secretions and/or blood in his sinuses, he should be kept on appropriate
antibiotics for at least 10 days after the endotracheal tube is removed.  This antibiotic
could either be Ampicillin or Ancef intravenously, and then oral Amoxicillin or Keflex.

Document #628160

*Jury trial discussion yet to fully come forth.*

12/20/2005
8:03 AM

Kim L. Kelley
Slip Listing

Page   10

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 28267<br>11/16/2005<br>Billed<br>Court Appearance and order release bond | TIME<br><br>G:13095 | <br><br>11/28/2005 | Kim<br>Court<br>Cohee | 0.33<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 50.00 |
| 28268<br>11/17/2005<br>Billed<br>Research, jury trial and gave research to Mr.<br>Cohee PCLL | TIME<br><br>G:13095 | <br><br>11/28/2005 | Kim<br>Research<br>Cohee | 0.42<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 52.08 |
| 28348<br>11/21/2005<br>Billed<br>quicknote to client & JC w/ 2 order | TIME<br><br>G:13095 | <br><br>11/28/2005 | Kim<br>quicknote<br>Cohee | 0.12<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 14.58 |
| 28739<br>12/15/2005<br>WIP<br>Review fax,phone call to client | TIME | | Kim<br>Review<br>Cohee | 0.07<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 8.33 |
| 28780<br>12/16/2005<br>WIP<br> mark exhibits, witness check list | TIME | | Kim<br>trial prep<br>Cohee | 0.58<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 72.92 |
| 28781<br>12/16/2005<br>WIP<br>Phone call from client | TIME | | Kim<br>Phone client<br>Cohee | 0.05<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 6.25 |
| 28783<br>12/19/2005<br>WIP<br>Court Appearance on bond retrun | TIME | | Kim<br>Court<br>Cohee | 0.42<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 62.50 |
| 28784<br>12/19/2005<br>WIP<br>Phone call from client re additioanl exhihbits,<br>and compelte witness check list | TIME | | Kim<br>Phone client<br>Cohee | 0.37<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 45.83 |
| 28776<br>12/20/2005<br>WIP<br> review fax exhibits from client, mark for trial | TIME | | Kim<br>trial prep<br>Cohee | 0.32<br>0.00<br>0.00<br>0.00 | 125.00<br>C@1 | 39.58 |
| 28777<br>12/20/2005<br>WIP<br>Fax from client | EXP | | Kim<br>Fax<br>Cohee | 17<br><br><br> | 0.25 | 4.25 |

**PROGRESS NOTES**

Patient_____ DOB_____

Phone #_____ Allergies _____

COHEE, JASON              DOB: 6-21-70        4-29-05

S:    This gentleman is a chronic alcoholic since he was seventeen.   He was in a car accident, rolled over in April 12, 2004.   He was unconscious for 4 days.  His main complaint is difficulty in mental processing, especially challenging tasks: reading, comprehension, and analyzing questions.   When there is something he has to think hard about to solve a problem, it gives him splitting headaches, which he did not have before. He was an A-B student in high school until alcohol took over at seventeen and he never got to college.      He easily gets overwhelmed by any task, especially anything that requires mental processing.   Screening Questionnaires when he saw the Psychiatrist for evaluation of his depression and alcoholism.   He fractured the lamina of the lumbar vertebral, which has healed.  He sees Dr. Tracy who recommended PT.    His back still bothers him and he couldn't bend down to touch his toes or bend backwards.   Twisting motion aggravates the discomfort too in his mid back region.   Dr. E. Kabatay, Psychiatrist, added PTSD besides the substance chemical dependence.      Overall he doesn't feel like he has recovered fully.    He still has his low back pain and difficulty in mental processing.   He avoids crowds.   Because before he feels free to mingle, he had confidence when he was drunk.   Dr. E. Kabatay is suspecting PTSD that is causing him to have all his problems.

O:     Exam shows a pleasant well developed/well nourished gentleman.   Weight: 202. BP: 122/80.  Pulse: 64.   He stammers a lot when he trying to describe things or talks or says anything.    HEENT: normal.   Heart: normal.  Lungs: clear.   He has full ROM of the right shoulder, which was plated (the humerus was plated).   The left side doesn't bother him.  He can bend forwards almost fully but is having a lot of pain in this and has to get back up slowly.   He cannot bend backwards.   He cannot climb ladders because of the impaired efficiency of the right upper extremity.

A:    1.      S/P cerebral concussion mental difficulties.
      2.      PTSD causing anxiety, depression, and agoraphobia.
      3.      Chemical dependence.

P:    He needs neuropsychiatric testing so he can be fully evaluated on how impaired his faculties are.   Antidepressant SSRI probably but he refused he did not want to be on any other chemicals.
Romeo V. Kabatay, MD/bmk

## ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES
### Supervisory Notes

| | |
|---|---|
| **Investigation Name:** | COHEE, Brenda     **ID:** 1658333A |
| **Worker Contacted:** | SHOWALTER, CHRISTINA S. |
| **Worker ID:** | 4279851 |
| **Supervisor:** | SHOWALTER, CHRISTINA S. |
| **Contact About:** | COMBS, Chad |
| | COHEE, Jared |
| | COHEE, Brenda |
| **Contact Type:** | In Person |
| **Date of Contact:** | 08/09/2005     **Time of Contact:** 08:30 AM |

---

**Record significant events involving supervision in this case.**

**Created:**
**Worker:** SHOWALTER, CHRISTINA S.        **Date:** 08/10/2005
**Narrative:**
CASE ASSIGNED. THIS IS ALLEGATION #10 AGAINST BRENDA COHEE, MOTHER, AND
CHAD COMBS, PARAMOUR, TO JARED COATE AGE 5. THE REPORTER IS THE CENTER
FOR PREVENTION OF ABUSE. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓. SOURCE SAID MOM WITNESSED PARAMOUR STRIKE CHILD ON
BOTTOM WITH A WOODEN SPOON AND DID NOT INTERVENE. PARAMOUR ALSO
REPORTEDLY THREW TOMATOES AT THE CHILD. CPSW WILL CONTACT REPORTER
AND SOURCE AND OBTAIN A COPY OF THE ORDER OF PROTECTION, SEE CHILD AND
ASSESS RISK AND SAFETY, DOCUMENT ANY INJURIES WITH A BODY CHART AND
PICTURES, COMPLETE DV AND DASA SCREENS WITH MOM AND PARAMOUR,
IDENTIFY FAMILY SERVICE NEEDS, AND MAKE ALL REQUIRED CONTACTS FOR
ALLEGATION #10 & PARAMOUR POLICY.

---

**CERTIFICATION:**
I hereby certify that this is an accurate representation of the statements and information obtained
from the above interviewee(s).

SHOWALTER, CHRISTINA S.     08/25/2005

**Allegations/Relationships**

| | | | |
|---|---|---|---|
| **Alleged Perpetrator:** | COHEE, Brenda | **Relationship:** | Mother |
| **Alleged Victim:** | COHEE, Jared | | |
| **Allegation:** | 10-Substantial Risk of Physical Injury/Environment Injurious to Health and Welfare | | |
| **Sub Types:** | | **Finding:** | Unfounded |

**List all evidence that suggests an incident occurred:**
THE ONLY EVIDENCE THAT AN INCIDENT OCCURRED IS THE STATEMENTS
MADE BY THE REPORTER IN THE ORIGINAL REPORT.

**List all evidence that suggests an incident did not occur:**
MINOR DENIED BEING MISTREATED IN ANY WAY BY HIS MOTHER OR HER
BOYFRIEND, CHAD.
MINOR HAD NO MARKS OR BRUISES.
MINOR DENIES EVER BEING HIT WITH ANY OBJECT.
MINOR STATED THAT THE PUSHING AROUND AND SHAKING IS IN PLAY AND
HE HAS NEVER BEEN HURT BY IT AND ENJOYS SPARRING WITH CHAD.
MINOR SAID THE TOMATO INCIDENT WAS IN PLAY TOO AND HE DID GET HIT
BUT IT WAS NOT IN ANGER THAT CHAD THREW THE TOMATO IT WAS IN FUN.
MINOR SAID HE THREW TOMATOES BACK.
MINOR STATED THAT HE DOES NOT THINK CHAD HAS EVER SPENT THE
NIGHT.

**Rationale:**
DCFS PROCEDURES 300 DEFINES ALLEGATION 10 AS:
  Substantial Risk of Physical Injury/Environment Injurious to Health and Welfare
Substantial risk of physical injury means that the parent, caregiver, immediate family
member aged 16 or over, other person residing in the home aged 16 or over, or the parent's
paramour has created a real and significant danger of physical injury that would likely cause
disfigurement, death, or impairment of physical health or loss or impairment of bodily
functions (abuse). This allegation of harm is to be used when the type or extent of harm is
undefined but the total circumstances lead a reasonable person to believe that the child is in
substantial risk of physical injury. This allegation of harm also includes incidents of
violence or intimidation directed toward the child that have not yet resulted in injury or
impairment but that clearly threaten such injury or impairment (abuse) or placing a child in
an environment that is injurious to the childs health and welfare (neglect).
  IN CONSIDERATION OF THE FOLLOWING FACTORS THIS ALLEGATION IS
UNFOUNDED
1. THERE WAS NO EVIDENCE FOUND THAT WOULD LEAD A REASONABLE
PERSON TO BELEIVE THAT JARED IS ABUSED OR NEGLECTED BY CHAD OR
HIS MOTHER.
2. JARED HAS NO INJURIES AND THERE HAS BEEN NO THREAT OF INJURY.

| | | | |
|---|---|---|---|
| **Alleged Perpetrator:** | COMBS, Chad | **Relationship:** | Paramour |
| **Alleged Victim:** | COHEE, Jared | | |
| **Allegation:** | 10-Substantial Risk of Physical Injury/Environment Injurious to Health and Welfare | | |
| **Sub Types:** | | **Finding:** | Unfounded |

**List all evidence that suggests an incident occurred:**

## Child Abuse/Neglect Report - CA/N - Related Information

---

**Investigation ID:**
1658333A
**Report Date/Time:** 08/08/2005 05:23 PM

**Investigation Name:** COHEE, Brenda

---

**Response Code:** Normal
**Language:** English
**Possible Media/High Profile:** No

**Response Indicators:**
Hispanic: No
DCFS Ward: No

**Interpreter Required:** No

---

### Subjects

**ID:** 11510407
**Participant Name:** Cohee, Brenda
**DOB:** 03/20/1965
**Race:** White
**Legal Status:**
**Poss. Disabilities:**
**Address:**
**Phone:**

**Name:** COHEE, Brenda
**Role:** Adult   **Gender:**   Female
**Age:** 40y
**AKA:**

---

### Allegation/Relationships

| **Alleged Perp** | **Relationship** | **Alleged Victim** | **Allegation** |
|---|---|---|---|

---

### Narrative

Reporter called the hotline to make sure that DCFS was aware of allegations made by Jared's biological father {source}. Source called police with concerns that mother and her boyfriend are putting Jared in bed early so they can have sex. Source said that mother's boyfriend has been disciplining Jared by grabbing his shoulder and shaking him. Reporter has not interviewed the child yet.

---

### Non-Involved Relationships

| **Adult/Both** | **Relationship** | **Kid/Both** |
|---|---|---|

---

### Reporters

**Source:** ▮▮▮▮▮▮▮▮▮   **Reporter T**▮▮▮▮▮▮▮
**Reporter Group:** ▮
**Address:** Residence: ▮▮▮▮▮▮▮
**Phone:** Home : ▮▮▮▮▮▮▮
**Agency:**

**Reporter:** ▮▮▮▮▮▮   **Reporter Type** ▮▮▮▮▮▮
**Reporter Group:** ▮▮▮▮▮▮
**Address:** Work ▮▮▮▮▮▮▮
**Phone:** Work ▮▮▮
**Agency:** ▮▮▮▮

## ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES
### Supervisory Notes

**Investigation Name:** COHEE, Brenda     **ID:** 1658333A

**Worker Contacted:** SHOWALTER, CHRISTINA S.
**Worker ID:** 4279851
**Supervisor:** SHOWALTER, CHRISTINA S.
**Contact About:** COMBS, Chad
COHEE, Jared
COHEE, Brenda
**Contact Type:** In Person
**Date of Contact:** 08/17/2005     **Time of Contact:** 12:25 PM

---

**Record significant events involving supervision in this case.**

**Created:**
**Worker:** SHOWALTER, CHRISTINA S.     Date:08/17/2005
**Narrative:**
Public Service Administrator (PSA) conducted final supervision with Child Protection Investigator (CPI) regarding this case. PSA agreed with CPI recommended finding. THIS REPORT IS ALLEGING THAT 5 YEAR OLD JARED COHEE IS AT RISK ( ALLEGATION 10 ) FROM HIS MOTHER, BRENDA, AND MOTHER'S BOYFRIEND, CHAD COMBS. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. FATHER, JASON COHEE, WENT TO GET AN EMERGENCY ORDER OF PROTECTION ( EOP ) STATING THAT HIS SON, JARED, WAS AT RISK BECAUSE CHAD HIT HIM WITH A WOODEN SPOON, THREW TOMATOES AT HIM AND PUSHES JARED. HE ALLEGES THAT MOTHER DOES NOTHING TO STOP CHAD FROM ABUSING JARED. JARED DENIES TELLING HIS FATHER THAT CHAD IS MEAN TO HIM AND HIT HIM WITH A SPOON. JARED STATED THAT HE AND CHAD PLAY AROUND AND PUSH EACH OTHER BUT IT IS NOT TO HURT ANYONE AND CHAD HAS NEVER BEEN MAD AT HIM OR MEAN TO HIM. HE SAID THAT THEY DID HAVE A TOMATO FIGHT BUT IT WAS ALL IN FUN. HE SAID THAT HE DID GET HIT WITH ONE TOMATO RIGHT BELOW HIS BELT LINE BUT IT DID NOT HURT BAD. MINOR HAS NO MARKS OR BRUISES. HE SAID HE THREW TOMATOES BACK AT CHAD AND IT WAS KIND OF LIKE HAVING A SNOWBALL FIGHT IN THE SUMMER BUT WITH TOMATOES INSTEAD OF SNOW. HE SAID THE TOMATOES WERE KIND OF ROTTEN AND NOT HARD AND GREEN. JARED DENIES BEING HIT WITH A WOODEN SPOON BY ANYONE. MOTHER, BRENDA, DENIES ANY PHYSICAL ABUSE TO JARED BY HER OR HER BOYFRIEND, CHAD. CHAD DENIES ANY ABUSE OR NEGLECT TO MINOR BY HIM OR MOTHER. MINOR DENIES BEING ABUSED AND HAS NO MARKS. HE SAID THAT HE IS SAFE IN THE CARE OF HIS MOTHER AND HAS A LOT OF FUN WHEN CHAD COMES TO VISIT AND THEY DO FUN STUFF. IN A RELATED REPORT FATHER, JASON COHEE, MADE A COMPLAINT TO THE PEORIA CO. SHERIFF'S DEPARTMENT THAT CHAD AND BRENDA WERE PUTTING JARED TO BED EARLY SO THEY COULD HAVE SEX. HE ALSO REPORTED THAT CHAD HAD DISCIPLINED JARED BY SHAKING HIM BY THE SHOULDERS. JARED  TOLD CPI THAT CHAD TOOK HIM TO A FAIR AND THEY WERE PLAYING AROUND AND CHAD DID SHAKE HIM BY THE SHOULDERS. HE SAID THAT IT WAS NOT HARD AND THAT CHAD WAS NOT MAD AT HIM. HE SAID THAT HE DID NOT HAVE ANY NECK OR HEAD PAIN AS A RESULT OF THE SHAKING AND THEY WERE JUST PLAYING AROUND. JARED DENIED ANY KNOWLEDGE OF CHAD STAYING OVERNIGHT.  BRENDA STATED THAT CHAD HAS STAYED OVERNIGHT.

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

|  |  |
|---|---|
| Plaintiff }<br><br>Vs. }<br><br>Defendant } | Case No._____ |

## NOTICE OF HEARING

TO:

    KINDLY TAKE NOTICE that we will appear before the presiding Judge of said Court at the Peoria County Courthouse on the      day of              at the hour a.m./p.m. and will thereupon call up a hearing for hearing in Courtroom_____at which time and place you may appear, if you see fit.


                                 BY:


<u>PROOF OF SERVICE</u>
The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of record for all parties to the above captioned matter by enclosing a copy in a sealed envelope, addressed to them at their address as revealed by the \ pleadings with postage fully prepaid depositing it in a United States Postal Service depositing in Peoria, Illinois this_____day of_____, 20___

_____