Petition to set Fed. R. Civ. P. Rule 16. Pretrial Conference
28 U.S.C. section 1333"... and Prize Cases"

Federal
United States District Court of Illinois,
Peoria Division

**FILED**
MAY 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fed. Case No. 06-CV-1073

Petitioner:
Jason Edward Cohee
  Movant

Vs.

State of Illinois
  Defenant

Et alii
  Respondents

## Petition of Motion

Movant, Jason Edward Cohee, requests the Honorable Judge whom this Petition is in the view of consider Movant's request to set Rule 16 of Rules of Civil Procedure. "Pleadings and Motions".

Mr. "Cohee" prays for request to be Honored. He is not going to Deal with a faceless Court. Please be Advised of Rule 11 of ~~Fed~~ Fed. R. Civ. Pro..."Signings..."

1-of 3

Respectfulley
Submitted at
District
Clerks
Office at
Peoria.

X *Jason Cohee*

Jason Cohee
9805 Trivoli Rd.
Glasford, IL 61533
(309) 389-4511
pro se Agent of

2-3

Petitioners under color of ILCS ˰360 A, BEST Interests for a Rule 11, Fed. R. Civ. Pro. S. Ct. Rule OF CHILD

United States District Court of Illinois,
Peoria Division

~~IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS PEORIA COUNTY~~

Jason Edward Cohee
Movant ~~Plaintiff~~ or Petitioner

Vs.

State of Illinois
Defendant
Et alii
Respondents

Fed. Case No. 06-CV-1073

Appelate Case No. 3-06-0048 at Ottawa
re. Marriage of "Cohee" Jason E., and Brenda S.
Hearing court # 04-D-499

**NOTICE OF HEARING**

TO: District Clerk

KINDLY TAKE NOTICE that we will appear before the presiding Judge of said Court at the Peoria County Courthouse on the ___ day of ___ at the hour ___ a.m./p.m. and will thereupon call up a hearing for hearing in Courtroom_____ at which time and place you may appear, if you see fit.

BY:

PROOF OF SERVICE
The undersigned certifies that a copy of the foregoing instrument was served upon the Attorneys of record for all parties to the above captioned matter by enclosing a copy in a sealed envelope, addressed to them at their address as revealed by the \ pleadings with postage fully prepaid depositing it in a United States Postal Service depositing in Peoria, Illinois this 10th day of May, 2006

[signature: Jason Cohee]

3 of 3