petition under color of ILCS 360 A, BEST INT
for a Rule 11, Fed. R. Civ. Pro.    S. Ct. Rule    OF CHILD

United States District Court of Illinois,
                                        Peoria Division

~~IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS~~
~~PEORIA COUNTY~~

Jason Edward Cohee
                    Plaintiff

**FILED**

MAY 11 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Fed. Case No. 06-CV-1073

Appelate Case No. 3-06-0048
    at
    Ottawa    re. Marriage of
                "Cohee"
              Jason E., and Brenda
              Hearing court #
                    04-D-499

**E OF HEARING**

R

will appear before the presiding Judge of said Court
e      day of               at the hour
hearing for hearing
and place you may appear, if you see fit.

BY:

**PROOF OF SERVICE**
The undersigned certifies that a copy of the
foregoing instrument was served upon the
Attorneys of record for all parties to
the above captioned matter by enclosing a
copy in a sealed envelope, addressed to
them at their address as revealed by the \
pleadings with postage fully prepaid
depositing it in a United States Postal
Service depositing in Peoria, Illinois
this ___10th___ day of ___May___, 2006

_[signature]_

---

**FedEx Kinko's**
Office and Print Center

3465 N University St
PEORIA, IL 61604

Location:        PIAK
Device ID:       PIAK-POS1
Employee:        549492
Transaction:     250038635347

**GROUND**
468420556214391  1.00 lb (S)    $5.85

Shipment subtotal:    $5.85
        Total Due:    $5.85
             Cash:   $20.00
       Change Due:   $14.15

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
     1.800.463.3339

May 10, 2006 2:21:16 PM

2 of 2

Respectfulley
Submitted at
District
Clerks
office at
Peoria.

*Jason Cohee*

Jason Cohee
105 Trivoli Rd.
[H]asford, IL 61533
(309) 389-4511
Pro se Agent of
Fed Case No - 06-CV-1073

**FedEx Ground CUSTOMER SHIPPING RECORD**

FROM:
NAME: Jason E. Cohee
ADDRESS: 105 Trivoli Rd.
CITY: [H]asford  STATE: IL  ZIP: 61533
PHONE: (309) 389-4511

SHIP TO:
NAME: Office of the Clerk
COMPANY: United States District Court
STREET ADDRESS: 100 N. Chicago Street
CITY: Ottawa  STATE: IL  ZIP: 61350
PHONE: (815) 434-5050

CONTENT DESCRIPTION: Documents

DATE: 05/10/06

TOTAL NO. PKGS: 1
TRACKING NUMBER: 7218192

TOTAL: $5.65

CUSTOMER SIGNATURE: *Jason Cohee*

2-2