FILED
MAY 11 2006

App. B

RULES OF GENERAL PRACTICE

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CERTIFICATION

I, the undersigned, certify under penalty of perjury as provided by law pursuant to Section ~~1-109~~ of the Code of Civil Procedure, that I have ~~read~~ been gifted the foregoing Court instrument ~~Financial Affidavit, that I know the contents thereof, and that the statements contained therein are true to the best of my knowledge, information and belief.~~

Dated this 12th day of May, 20 06

~~Plaintiff/Defendant~~ Officer of Law at Peoria Regional Airport to serve process to Homeland Security. At Airport of Bartonville, IL

Name of Attorney: Jason Cohee
Name of Law Firm: Pro se agent
Address: 9805 Trivoli Rd
         Glasford, IL 61533
Telephone: (309) 3___
Facsimile: ___
E-mail: ___

Fed. Case NO 06-CV-1073

CERTIFICATE OF SERVICE

Hand Delivered to Robbie Goordwin at 2:25 PM on 12th of May. Location Security Checkpoint

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the ~~attorneys~~ of record and other parties of interest at their addresses as disclosed on the pleadings by hand delivery or ~~U.S. mail, first class postage prepaid~~, in Peoria, Illinois, before 5:00 p.m., on the ___ day of May, 2006

Signature: [signed]

[Adopted March 17, 2003.]

Just as a Courtesy;
Title 28 U.S.C § 49 .... appointment of Independent Counsels.
Fed. R. Evi. Rule 201(d)
Freedom of Information Act
Fed. Civ. Rule. Pro. Rule 26(c)...
"Protection Order"
[JEC]

255