RULES OF GENERAL PRACTICE

E-FILED
Friday, 19 May, 2006 03:51:04 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATION

I, the undersigned, certify under penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that I have read the foregoing ~~Financial~~ Affidavit, that I know the contents thereof, and that the statements contained therein are true to the best of my knowledge, information and belief.

Dated this 19th day of May, 2006

_[signature]_

Plaintiff/Defendant

Name of ~~Attorney~~ Lawyer: Jason Cohee
Name of Law Firm: _____
Address: 9805 Trivoli Rd. Glasford, IL 61533
Telephone: (309) 389-4511
Facsimile: —
E-mail: —

United States District Court
Fed Case # 06-CV-1073
Df Illinois Division at Peoria

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the attorneys of record and other parties of interest at their addresses as disclosed on the pleadings by hand delivery or U.S. mail, first class postage prepaid, in Peoria, Illinois, before 5:00 p.m., on the 22 day of May, 2006

Hand delivered by Signature: _[signature]_
appr'x 1030
hrs min

[Adopted March 17, 2003.]

As served at Peoria County Jail and or Sheriffs office to ~~Deputy~~ Chief Deputy ~~Needeham~~ Needeham

pgs 1, 2 of 48, prayer for relief, and (1-10) at uncertain of 48 of I believe supplimentary pleading filed on 5/9/06 and then at Ottawa on I believe the 17th 5/17/06