E-FILED
Thursday, 03 August, 2006 01:27:09 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1 of 2

Jason E. Cohee
v
State of Illinois, Et Al

NO 06-CV-1073

# Proof of Service

certification

I, Jason Edward Cohee, have compiled motion as to enter to utmost of his ability and to best of knowledge with limited resources.

Mr. Cohee puts himself up for the charge of perjury if the document is unfit in the Supreme Court of Illinois's Opion.

Who to Serve?

1) Mr. Justice Kilbride,
2) Third District Court of Illinois in Ottewa
3) Kim L. Kelley (attorney at Law)

4) Peoria County Clerk's Office

The honest attempt will be made in order as listed as ~~quickley~~ timely as possible. Still no Xerox machine and my fingers are sore. Mailed from Peoria first class

Dated July 30, 2006

Respectfulley Submitted,

Jason E. Cohee

Jasey Cohee
9805 Trivol Road
Glasford, IL 61533

as resigned on;
08/03/06 upon entry

no phone

Jasonlohee



# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

July 13, 2006

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Mr. Jason E. Cohee
9805 Trivoli Road
Glasford, IL 61533

        In re: Brenda Cohee, respondent, v. Jason Cohee, petitioner.
        No. 102851

Today the following order was entered in the captioned case:

    Motion by petitioner, pro se, for stay of proceedings in the Circuit Court of Peoria County in Cohee v. Cohee, case No. 04-D-499, pending the disposition of petition for leave to appeal. Motion Denied.

    Order entered by Justice Karmeier.

                              Very truly yours,

                              *Juleann Hornyak*

                              Clerk of the Supreme Court

cc: Mr. Kim L. Kelley
    Circuit Court of Peoria County

# STATE OF ILLINOIS
## THIRD DISTRICT APPELLATE COURT



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

July 14, 2006

Mr. Jason Cohee
9805 S. Trivoli Road
Glasford, IL 61533

      RE:  General No. 3-06-0048
            Circuit Court No. 04D499
            County of Peoria
            Marriage of Cohee, Jason and Brenda

The Court has this day entered in the above entitled cause the following order:

    The Court finds that appellant's brief was stricken for failure to comply with Supreme Court Rules 341, 342 & 344. The Appellant was allowed to file an amended brief. Appellant's amended brief did not comply with the Supreme Court Rules.

    THE COURT FINDS that Appellant has failed to comply with Supreme Court Rule 341 (188 Ill. 2d R. 341);

    IT IS THEREFORE ORDERED that this cause be, and the same is, dismissed.

    CONSISTING OF the panel of Justice Mary K. O'Brien, Justice Mary W. McDade and Justice Kent Slater.

                                        GIST FLESHMAN, Clerk
                                        Third District Appellate Court

cc: Ms. Brenda Cohee
    Mr. Robert Spears, Circuit Clerk

## STATE OF ILLINOIS

## THIRD DISTRICT APPELLATE COURT



**GIST FLESHMAN**
Clerk of the Court
815 434-5050

1004 Columbus Street
Ottawa, Illinois 61350
TDD 815 434-5068

July 14, 2006

Mr. Jason Cohee
9805 S. Trivoli Road
Glasford, IL 61533

      RE:  General No. 3-06-0319
            Circuit Court No. 04D499
            County of Peoria
            Marriage of Cohee, Brenda and Jason

The Court has this day entered in the above entitled cause the following order:

THIS CAUSE coming on to be heard on the Court's Motion for Rule to Show Cause why this appeal should not be dismissed for failure of Appellant to pursue this appeal according to the Supreme Court Rules, and the Court being fully advised in the premises;

THE COURT FINDS that Appellant has failed to comply with Supreme Court Rule 313 (155 Ill. 2d R. 313);

IT IS THEREFORE ORDERED that this cause be, and the same is, dismissed.

CONSISTING OF the Panel of Justice William E. Holdridge, Justice Mary W. McDade and Presiding Justice Daniel L. Schmidt.

                              GIST FLESHMAN, Clerk
                              Third District Appellate Court

cc: Ms. Brenda Cohee
    Mr. Robert Spears, Circuit Clerk