102851

## SUPREME COURT OF THE STATE OF ILLINOIS, IN SPRINGFIELD

**FILED**

AUG 1 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION or Application for; **WRIT OF CERTIORARI;**

from THIRD DISTRICT APPELLATE COURT OF ILLINOIS, IN OTTAWA

PETITIONER.
    Jason Edward Cohee,
        Appellant

Vs.

**Kim L. Kelley** (attorney at law)
        Appellee

Fed case No. 06-1073

Supreme Ct. No. 102851

General Appellate no. 3-06-0143

Peoria county no. 04-D-499

FILED
JUN 19 2006
SUPREME COURT CLERK

To the Supreme Court of the State of Illinois:

The petition of Mister Jason Edward Cohee respectfully shows Good Cause of; prayer as Request for Relief-

        **CERTIORARI,**
            as alternative relief, be answered by the
            **Supreme Court of Illinois.**

WHEREFORE, petitioner, Mr. Cohee, moves the Court for an order to hear the attempt to

prosecute appeal in this matter;

    "[a]n appeal allowed by Statute. The term "appeal," in its original, technical

Paid $25.00 (cash)
Bel Schiller
6-19-06

1 of 4 (cert)

And appropriate sense, meant the removal of a suit from an inferior Court, After final judgement therin to a superior court, after final judgement therin, to a superior court, and placing the case in the latter court to be again tried *de novo* upon its merits........." Appellate Courts of Illinois, Vol. 115, City of Rockford v. Henry Compton, Gen. No. 4,341, pg. 406 at 411, 2nd District- A.D. 1904.

For the reason that Supreme Court rule 306(a) (see pgs. 2042-2043 * of 2004 Illinois Compiled Statutes) allows Kim L. Kelley (attorney at law) to be brought before the Appellate Court.

In the alternative, Petitioner, requests that a writ of certiorari, or another remedial writ to correct the record; a fact sheet is submitted of general case number 3-06-0143 as "COHEE's" Exhibit,..........

"[m]arked A. was his docket during that time, and that all the entries therin were made by him......"; People, etc., for the use of the Parry Mfg. Co. V. Bushrod W. Ham, William B. Womack, Frank Spitler, Z.T. Deeds, J.B. Titus and R.M. Peadro. Cite as; People v. Ham et al., Appellate Courts of Illinois, Third District, Nov. Term, 1897, Vol. 73, 533 at 535., or faceless Court, be issued out of this Honorable Court, directed to Gist Fleshman, Clerk of Appellate Court Third District,

1004 Columbus Street

Ottawa, Illinois 61350

commanding Mr. Fleshman, the custodian of record, to send up to this Honorable Court a corrected certificate of, Illinois Appellate Court Third District's "Fact Sheet" in matters of 3-06-0143 accurately and truly reflecting and showing;

2 of 4 (cert)

1. All true Appellate court pleadings of 3-06-0143 and 3-06-0048;

2. All true Appellate court's orders of 3-06-0143 and 3-06-0048; and

3. All discoverable items in accordance of **Fed. R. Civ. P.**, Rule 37. "**Failure to Make Disclosure or Cooperation in Discovery; Sanctions (a) Motion For Order Compelling Disclosure or Discovery. ......................................**"

   "**(g) Failure to Participate in the Framing of a Discovery Plan.** If a party or a party's attorney fails to participate in good faith in the development and Submission of a proposed discovery plan as required by **Rule 26............**"
   (Pp. 179-185 of 2006 edition, FEDERAL CIVIL JUDICIAL PROCEDURE and RULES)

The Supreme Court of Illinois, I trust in God, deems matters and request for action in matters of "**Ex Parte Cohee**" "**Necessary and Proper**". (Art. I, Sec 8, Cl. 18, 110 U.S. 421, 440; 361 U.S. 234., [2 N.E. (2d) 905, 105 A.L.R. 1045], 2 N.E. (2d) 929, 104 A.L.R. 1435, affirmed 57 S. Ct. 139.)

Above numbered cited decisions are not in accordance with ILCS Court Rules, yet as an *Amicus Curiae* I am sure the Highest Court in Illinois will find them useful. Mentioned North Eastern Reporters are of direct reference to the Constitution of Illinois.

## CONCLUSION

Appellant further requests such other, further and different relief as may be proper in the premises. That would be under color of **Fed. R. Civ. P.** RULE 24. "Intervention".

Also attatched ; a certificate of verification certified, three exhibits (see, (A), (What), and (Q), a Paupers Oath, a verified affidavit for court records from the Tenth Judicial Circuit Court of

Illinois in Peoria County in matters of 04-D-499 taken to Ottawa in case numbered 3-06-0048, and I'd give corruption Blood of Attainder if it was not deemed possibly quasi-unconstitutional. 28 U.S.C. section 1333.... "**(1)** Any civil case admiralty... jurisdiction, saving suitors in all cases all other remedies to which are otherwise entitled."

Dated 6/16/06                                              Jason Edward Cohee

X _[signature]_

address omitted at this juncture

4 of 4 (cert)

VERIFICATION

SUPREME COURT OF THE STATE OF ILLINOIS, IN SPRINGFIELD

PETITIONER,
  Jason Edward Cohee,
        Appellant                      Supreme Ct. no. 102851

  Vs.                                  General Appellate no.--
                                       3-06-0143

Kim L. Kelley (attorney at law)        Peoria county no. 04-D-499
        Appellee

Verification

  I, Jason E. Cohee, am the Petitioner in this proceeding. I have set the attached petition and the matters stated in it are true accorded my information.

  I declare under penalty of perjury, under color of the Laws of the United States of America's "Common Law" standard, that the attached is true and correct.

  Executed on Sixteenth of June in the year A.D. Two-thousand Six at the below site.

*None Available at Captioned Courts Clerk's Office*

*[signature]*

(Before me the undersigned, on this day personally appeared, (Jason Edward Cohee with picture I.D.) in the above cause,)

*1 of 3 (Ver.)*
*+ Mandate*

Before me the under signed, on this day personally appeared, (Jason Edward Cohee with picture I.D.) in the above cause, and on his Oath stated that he is the Agent Appellant inthis cause; that he has knowledge of the facts set forth in the attached petition; and that the allegations caontained in the attached petition as to-wit:

> "Actio Non for "ACTIONALE NEGLIGENCE" as ex delicto"

The allegations contained above are true as originally filed 3-06-0143 and 06-CV-1073 in "Federal" United States District Court of Illinois, Peoria Division, but yet I am still under Judge Mihm's orders to exhaust State remedies in the cause.

My commision expires as appears by Illinois Supreme Court seal upon that and this dissent as to come hereinafter reaffirms Illinois Appellate "Common Law" that the JUSTICE of the PEACE may:

> "[a]ct to provide for the better administration of justice in the town of.....There are two records and two appeals, involving the same question.....[A]ll that the legislation in question did was to relieve the justice and the constable from all obligation to perform any duties in criminal cases arising in the town, and, having releived them from the duties, deprived them of the right to charge the town or the county with fees for services which it was not their duty to perform.
>
> "The courts below have held that the legislature has no power to do this, since the constitution stands in the way....the opinion of the learned judge at special term, and then into that of the learned judge who spoke for the appellate division, it is quite difficult to identify the particular

2 of 3 (ver.)

constitutional provision which they," [reversed] PEOPLE ex rel. RYAN et al. v. BOARD OF SUP'RS OF WASHINGTON COUNTY.,(Court of Appeals of New York. March 8, 1898.) **49 NORTHEASTERN REPORTER** (N.Y. N.Y.) 779 at 780.

> "[w]e repeat the holding in this, that those sections are unconstitutional and void, because they violate the spirit of the organic law of the state....O'BRIEN, J., who reads for revearsal (see [above]) IBID at 780.

Attached with Justice's last gasp effort of a an Illinois State remedy we attach certain Marked exhibits as: (A), (What), and (Q)

X   Jason Edward Cohee

*[signature]*

Mailing address;
9805 S. Trivoli Road
Glasford, IL 61533
NO phone #
No residence
Social Security Card administration number, ¢¢¢-$$-0212, Independent Council's born on Date: 21st of June Nineteen-seventy hundred in Peoria, Ill.
IL Drivers lic. no. COOO-4257-0176 exp. 6-21-70 (when do I get heard in this state ?)

3of3 (ver.)

# STATE OF ILLINOIS



APPELLATE COURT     THIRD DISTRICT
OTTAWA

A NOTICE OF ISSUANCE OF MANDATE

DATE: 06/14/06

TO: Mr. Jason Cohee
9805 S. Trivoli Road
Glasford, IL 61533

CASE NO. 3-06-0143

Circuit Court No. 04D499

TITLE: In re MARRIAGE OF
BRENDA COHEE,
    Petitioner-Appellee,
and
JASON COHEE,
    Respondent-Appellant.

This is to notify you that, pursuant to Supreme Court Rule 368, the Mandate in the above cause has been issued to the Clerk of the Circuit Court for filing.

*[signature]*
Clerk of the Appellate Court

---

*I apologize to Mr. Justice Kilbride and others for yet to mail copy of Mandate. Could my failure have an adverse effect on Judge Kouri? Also Attached Cert. and Ver. has not been mailed.*

*8/10/06*

*Respectfully*

*[signature] Jason Cohee*

## CERTIFICATION

I, the undersigned, certify under penalty of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, that I have read the foregoing Financial Affidavit, that I know the contents thereof, and that the statements contained therein are true to the best of my knowledge, information and belief.

Dated this 10th day of Aug, 20 06.

_____
Plaintiff/Defendant

Name of ~~Attorney~~ Jason Cohee
Name of Law Firm (yes)
Address 9805 Trivoli Rd
          Glasford, IL 61533
Telephone: —
Facsimile: —
E-mail: —

Hand delivered by Jason to Judge Kouri of Peoria County.

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by sending a copy to the attorneys of record and other parties of interest at their addresses as disclosed on the pleadings by hand delivery or U.S. mail, first class postage prepaid, in Peoria, Illinois, before 5:00 p.m., on the 10 day of Aug, 20 06

Signature: _____

[Adopted March 17, 2003.]