E-FILED
Wednesday, 30 August, 2006  11:37:55 AM
Clerk, U.S. District Court, ILCD

FILED
AUG 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON E. COHEE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-1073 |
| STATE OF ILLINOIS, | ) |
| Defendant. | ) |

## ORDER

Before the Court are multiple documents filed by Plaintiff Jason E. Cohee ("Mr. Cohee"). These documents include a Motion for Reconsideration, Writ of Certiorari from Third District Appellate Court of Illinois, and five documents entitled Authoritative Index to the Writ of Certiorari. With all due respect to Mr. Cohee, the Court cannot decipher what it exactly Mr. Cohee needs from this Court. This Court has entered numerous orders in this case and Mr. Cohee's Motion to Reconsider does not indicate which, if any, of those order he is challenging. Additionally, the other documents filed in this case do not appear to request anything from the Court, but rather, appear to be duplicates of items that Mr. Cohee has filed in the Illinois state courts. Accordingly, Mr. Cohee's Motion for Reconsideration [#14] is denied. If Mr. Cohee has a good faith basis for arguing that this Court should reconsider one of its own previous orders, as opposed to decision of a state court, Mr. Cohee should file a Motion to Reconsider and clearly state which order he is challenging and his legal or factual basis for disputing this Court's previous findings.

ENTERED this 29th day of August, 2006.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge